Exhibit B

FPGA Land Orders Cancelled

 Gmail     Karl Forsell <fforcc@gmail.com>

---

**Order #1042 has been canceled**
1 message

**FPGA Land** <sales@fpga.land>     18 August 2018 at 15:17
To: frsl@ftml.net

# FPGA Land     ORDER #1042

## Your order has been canceled

Order #1042 was canceled at your request and your payment has been refunded .

### Refunded Items

| | | |
|---|---|---|
| | BCU1525 - Blockchain Edition (With Mods & RAM) × 4 <br> Refunded | $14,400.00 |

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| Total | **$14,530.64 USD** |
| Paypal | $14,530.64 |
| Refund Paypal | - $14,530.64 |

If you have any questions, reply to this email or contact us at sales@fpga.land



EXHIBIT B

7/24/2021          Gmail - Order #1076 has been canceled



Karl Forsell <fforcc@gmail.com>

## Order #1076 has been canceled
1 message

**FPGA Land** <sales@fpga.land>      18 August 2018 at 15:18
To: frsl@ftml.net

# FPGA Land      ORDER #1076

## Your order has been canceled

Order #1076 was canceled at your request and your payment has been refunded.

### Refunded Items

| | | |
|---|---|---|
| | BCU1525 - Blockchain Edition (With Mods & RAM) × 4 <br> Refunded | $14,400.00 |

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| Total | **$14,530.64 USD** |
| Paypal | $14,530.64 |
| Refund <br> Paypal | - $14,530.64 |

If you have any questions, reply to this email or contact us at **sales@fpga.land**

EXHIBIT B

 **Gmail**

Karl Forsell <fforcc@gmail.com>

---

**Order #1084 has been canceled**
1 message

**FPGA Land** <sales@fpga.land>     18 August 2018 at 15:19
To: frsl@ftml.net

# FPGA Land

ORDER #1084

## Your order has been canceled

Order #1084 was canceled at your request and your payment has been refunded .

### Refunded Items

| | | |
|---|---|---|
| | BCU1525 - Blockchain Edition (With Mods & RAM) × 4<br>Refunded | $14,400.00 |

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| **Total** | **$14,530.64 USD** |
| Paypal | $14,530.64 |
| Refund<br>Paypal | - $14,530.64 |

If you have any questions, reply to this email or contact us at sales@fpga.land



EXHIBIT B

7/24/2021  Gmail - Order #1087 has been canceled

 Gmail

Karl Forsell <fforcc@gmail.com>

---

**Order #1087 has been canceled**
1 message

---

**FPGA Land** <sales@fpga.land>  18 August 2018 at 15:19
To: frsl@ftml.net

# FPGA Land

ORDER #1087

## Your order has been canceled

Order #1087 was canceled at your request and your payment has been refunded .

### Refunded Items

| | BCU1525 - Blockchain Edition (With Mods & RAM) × 4  Refunded | $14,400.00 |
|---|---|---|

| | | |
|---|---|---|
| | Subtotal | $14,400.00 |
| | Shipping | $130.64 |
| | Total | **$14,530.64 USD** |
| | Paypal | $14,530.64 |
| | Refund Paypal | - $14,530.64 |

If you have any questions, reply to this email or contact us at sales@fpga.land



EXHIBIT

7/24/2021          Gmail - Order #1090 has been canceled

 Gmail        Karl Forsell <fforcc@gmail.com>

**Order #1090 has been canceled**
1 message

**FPGA Land** <sales@fpga.land>        18 August 2018 at 15:20
To: frsl@ftml.net

## FPGA Land      ORDER #1090

### Your order has been canceled

Order #1090 was canceled at your request and your payment has been refunded.

**Refunded Items**

| | | |
|---|---|---|
| | BCU1525 - Blockchain Edition (With Mods & RAM) × 4 | $14,400.00 |
| | Refunded | |

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| Total | **$14,530.64 USD** |
| Paypal | $14,530.64 |
| Refund Paypal | - $14,530.64 |

If you have any questions, reply to this email or contact us at sales@fpga.land



EXHIBIT B

7/24/2021            Gmail - Order #1094 has been canceled

 Gmail        Karl Forsell <fforcc@gmail.com>

## Order #1094 has been canceled
1 message

**FPGA Land** <sales@fpga.land>        18 August 2018 at 15:21
To: frsl@ftml.net

# FPGA Land        ORDER #1094

## Your order has been canceled

Order #1094 was canceled at your request and your payment has been refunded.

### Refunded Items

| | | |
|---|---|---|
| | BCU1525 - Blockchain Edition (With Mods & RAM) × 4 <br> Refunded | $14,400.00 |

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| Total | **$14,530.64 USD** |
| Paypal | $14,530.64 |
| Refund Paypal | - $14,530.64 |

If you have any questions, reply to this email or contact us at sales@fpga.land


EXHIBIT B

7/24/2021 — Gmail - Order #1097 has been canceled

 Gmail

Karl Forsell <fforcc@gmail.com>

**Order #1097 has been canceled**
1 message

FPGA Land <sales@fpga.land>
To: frsl@ftml.net

18 August 2018 at 15:22

# FPGA Land

ORDER #1097

## Your order has been canceled

Order #1097 was canceled at your request and your payment has been refunded .

### Refunded Items

| | | |
|---|---|---|
| | BCU1525 - Blockchain Edition (With Mods & RAM) × 4 <br> Refunded | $14,400.00 |

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| Total | **$14,530.64 USD** |
| Paypal | $14,530.64 |
| Refund Paypal | - $14,530.64 |

If you have any questions, reply to this email or contact us at sales@fpga.land

EXHIBIT B

7/24/2021 — Gmail - Order #1098 has been canceled

 Gmail

Karl Forsell <fforcc@gmail.com>

**Order #1098 has been canceled**
1 message

FPGA Land <sales@fpga.land>  18 August 2018 at 15:22
To: frsl@ftml.net

# FPGA Land

ORDER #1098

## Your order has been canceled

Order #1098 was canceled at your request and your payment has been refunded .

### Refunded Items

| | | |
|---|---|---|
| | BCU1525 - Blockchain Edition (With Mods & RAM) × 4  Refunded | $14,400.00 |

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| **Total** | **$14,530.64 USD** |
| Paypal | $14,530.64 |
| Refund Paypal | - $14,530.64 |

If you have any questions, reply to this email or contact us at sales@fpga.land

EXHIBIT B

7/24/2021 — Gmail - Order #1099 has been canceled

 Gmail

Karl Forsell <fforcc@gmail.com>

---

**Order #1099 has been canceled**
1 message

**FPGA Land** <sales@fpga.land>     18 August 2018 at 15:23
To: frsl@ftml.net

# FPGA Land

ORDER #1099

## Your order has been canceled

Order #1099 was canceled at your request and your payment has been refunded .

### Refunded Items

| | | |
|---|---|---|
| | BCU1525 - Blockchain Edition (With Mods & RAM) × 4 **Refunded** | $14,400.00 |
| | Subtotal | $14,400.00 |
| | Shipping | $130.64 |
| | **Total** | **$14,530.64 USD** |
| | Paypal | $14,530.64 |
| | Refund Paypal | - $14,530.64 |

If you have any questions, reply to this email or contact us at **sales@fpga.land**

EXHIBIT B

https://mail.google.com/mail/u/0?ik=820865fd18&view=pt&search=all&permthid=thread-f%3A1609169676881435624&simpl=msg-f%3A1609169676881435624    1/1