Exhibit D

August 28, 2018

Squirrels Email – Refunds to be Processed

7/24/2021 — Gmail - BCU1525 Refund Request

# Gmail

Karl Forsell <fforcc@gmail.com>

## BCU1525 Refund Request
27 messages

---

**Karl-Leng Forsell <frsl@ftml.net>**  14 August 2018 at 11:48
To: SQRL Sales <sales@squirrelsresearch.com>

Dear Jessica,

Please disregard my previous email, which I sent from an address that is not one of those we've been using hitherto.

In light of the BCU1525 delivery delay, and encouraged by your response to this, as announced and reported in the fpga discord, I am requesting a refund for 85 of the 89 BCU1525 (No RAM) boards I have on order with Squirrels Research via the fully paid and confirmed invoices 2981, 2865 and 2860.

Please could you provide me with the a reasonable timeframe as to when I could expect to receive the refund money in my account.

Best,

Carl

---

**Squirrels Research Hardware <support@squirrelsresearch.com>**  21 August 2018 at 13:22
Reply-To: Squirrels Research Hardware <support@squirrelsresearch.com>
To: frsl@ftml.net
Cc: sales@squirrelsresearch.com

Hi Carl,

We will be issuing refunds soon, I do not have an exact date yet.

Could you fill out one of these refund surveys for also?

I paid with Crypto Survey
I paid with Fiat Survey

Best,
Aaron R.
Squirrels Support
@AirParrot | @ReflectorApp | @TryDitto

[Quoted text hidden]

---

**Karl-Leng Forsell <frsl@ftml.net>**  23 August 2018 at 03:31
To: Squirrels Research Hardware <support@squirrelsresearch.com>
Cc: sales@squirrelsresearch.com

Hi Aaron,

Thank you for the update. I've filled in the flat refund survey. Please let me know if there is anything else I can do to help you expedite this claim, and also keep me posted on its progress.

Best,

Carl
[Quoted text hidden]

---

**Squirrels Research Hardware <support@squirrelsresearch.com>**  28 August 2018 at 12:57
Reply-To: Squirrels Research Hardware <support@squirrelsresearch.com>
To: frsl@ftml.net
Cc: sales@squirrelsresearch.com

Hi Karl-Leng,

Sure thing.

We will be processing refunds this week.

Best,
Aaron R.
Squirrels Support
@AirParrot | @ReflectorApp | @TryDitto

> On Thu, Aug 23 at 4:32 AM , Karl-Leng Forsell <frsl@ftml.net> wrote:
> Hi Aaron,
>
> Thank you for the update. I've filled in the flat refund survey. Please let me know if there is anything else I can do to help you expedite this claim, and also keep me posted on its progress.
>
> Best,
>
> Carl
>
>> On Wed, 22 Aug 2018, 2:22 AM Squirrels Research Hardware, <support@squirrelsresearch.com> wrote:
>> Hi Carl,
>>
>> We will be issuing refunds soon, I do not have an exact date yet.
>>
>> Could you fill out one of these refund surveys for also?
>>
>> I paid with Crypto Survey
>> I paid with Fiat Survey
>>
>> Best,
>> Aaron R.
>> Squirrels Support
>> @AirParrot | @ReflectorApp | @TryDitto
>>
>>> On Tue, Aug 14 at 12:49 PM , Karl-Leng Forsell <frsl@ftml.net> wrote:
>>> [Quoted text hidden]

EXHIBIT D

---

**Karl-Leng Forsell <frsl@ftml.net>**  20 November 2018 at 14:51
To: Squirrels Research Hardware <support@squirrelsresearch.com>
Cc: sales@squirrelsresearch.com