Exhibit E

March 15, 2019

Notice of Insufficient Refunds

7/24/2021            Gmail - BCU1525 Refund Request

Hey what's up? Your week came and went. My patience is running thin
[Quoted text hidden]

---

Karl-Leng Forsell <frsl@ftml.net>        15 March 2019 at 09:59
To: Squirrels Research Hardware <support@squirrelsresearch.com>
Cc: SQRL Sales <sales@squirrelsresearch.com>, David Stanfill <david@airsquirrels.com>

Hello,

I have been reconciling my accounts for the past year and am writing to you again, more than half a year later, because I have yet to receive the refund that I am due from you.

The refunds for the following orders are still outstanding:

| Date | Order No. | Amount |
|---|---|---|
| 17/06/2018 | 2860 | $67,000.00 |
| 18/06/2018 | 2865 | $63,650.00 |
| 26/06/2018 | 2981 | $167,500.00 |
| | Total | $298,150.00 |

I note that I have not received a single BCU1525 from Squirrels Research till this date. As such there is no question in my mind that I am owed this amount in full.

Please could you check your records and reply to me within the next week with a clear acknowledgement of the amount of the refund that is owed and how and when you intend to transfer it to me. I shall otherwise be forced to exercise my right to legal recourse.

It has been almost seven months since you agreed to a refund, and I see no reason for further delay.

Best regards,

Carl Forsell
[Quoted text hidden]

---

Karl-Leng Forsell <frsl@ftml.net>
To: Squirrels Research Hardware <support@squirrelsresearch.com>
Cc: David Stanfill <david@airsquirrels.com>, SQRL Sales <sales@squirrelsresearch.com>

Please see below the correspondence between Tom and myself. I look forward to your reply and the immediate processing of the refund.

---------- Forwarded message ----------
From: Karl-Leng Forsell <frsl@ftml.net>
Date: Tue, 19 Mar 2019 at 20:33
Subject: Re: [FPGA Land] Re: BCU 1525 Refund Request
To: Tom Sensel <tom@sense-it.co>

Tom,

Thank your for your prompt and frank clarification.

Shocked was I when I read your email.

As the structure of your relationship with SQRL was not and could not properly be expected to be a concern of mine, I kept my refund requests for orders placed with each company separate.

Not once in my correspondence with them, however, did SQRL inform me that they held the (non-PayPal) funds from sales on fpga.land, or that they were in charge of processing refunds of it

This to me is sadly typical of the obfuscation and evasion I have faced at every step of my attempt to claim this refund that had been publicly offered to all.

As advised, I shall be contacting David and Jessica to formally request SQRL to refund the outstanding orders.

Gravely,

Karl Forsell

On Tue, 19 Mar 2019 at 07:07, Tom Sensel <tom@sense-it.co> wrote:
> Karl,
>
> As part of our joint venture I forwarded funds from sales to SQRL for them to fulfill their obligation as part of the joint venture to receive, process and ship the items out.
>
> It was my understanding from SQRL that because you additionally ordered units directly from them that you had been speaking with them and working with them directly to have your remain
> Again, if the refund has not been processed they are the ones holding it.
>
> If you would like to receive your boards that could probably still be arranged. It was my understand from speaking with Jessica that you were adamant in your desire for a refund and did not placed in the refund processing queue and last I knew your refund had been processed. The only funds we had access to were the paypal funds you had sent. I refunded those promptly as forcing someone to purchase a product if they change their mind.
>
> After receiving your email I spoke with David and asked him about it. His response was "We are working with him, we send him a message last fall about this last and then he disappeared w with David and Jessica -- I'm sure they will promptly get your refund out. I'm quite shocked by your email and had no idea you had not been refunded already.
>
> Regards,
> Tom Sensel
>
> On Mon, Mar 18, 2019 at 6:10 PM Karl-Leng Forsell <frsl@ftml.net> wrote:
>> Please could you read and respond to the below email, which I tried unsuccessfully to send to sales@fpga.land (the mail server appears to be down) in reply to an old support ticket there urgently needs to be addressed.
>>
>> ---------- Forwarded message ----------
>> From: Karl-Leng Forsell <frsl@ftml.net>
>> Date: Fri, 15 Mar 2019 at 22:59
>> Subject: Re: [FPGA Land] Re: BCU 1525 Refund Request
>> To: FPGA Land <sales@fpga.land>
>>
>> Dear Tom,
>>
>> I have been reconciling my accounts for the past year and have found that I have only received a small portion of the refund I am due from you.
>>
>> The orders which I paid for using PayPal have been refunded:

| Date | Order No. | Amount | Refunded on |
|---|---|---|---|
| 08/06/2018 | 1084 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1087 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1090 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1094 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1097 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1098 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1099 | $14,530.64 | 19/08/2018 |

However, the refunds for the following orders are still outstanding:

| Date | Order No. | Method | Amount |
|---|---|---|---|
| 08/06/2018 | 1119 | Coinbase | $14,530.64 |
| 08/06/2018 | 1121 | Coinbase | $14,530.64 |
| 09/06/2018 | 1174 | Manual | $14,530.64 |
| 10/06/2018 | 1247 | Coinbase | $36,224.06 |
| 13/06/2018 | 1395 | Coinbase | $36,224.06 |

EXHIBIT E

7/24/2021                          Gmail - BCU1525 Refund Request

| | | | |
|---|---|---|---|
| | 13/06/2018 | 1405 Bank deposit | $187,973.09 |
| | 14/06/2018 | 1406 Bank deposit | $108,410.80 |
| | 18/06/2018 | 1505 Bank deposit | $63,949.58 |
| | | Total | $476,373.51 |

I note that I have not received a single BCU1525 from Allmine, Inc. till this date. As such there is no question in my mind that I am owed this amount in full.

Please could you check your records and reply to me within the next week with a clear acknowledgement of the amount of the refund that is owed and how and when you intend to transfer [...] exercise my right to legal recourse.

It has been almost seven months since you agreed to a refund, and I see no reason for further delay.

Best regards,

Carl Forsell

[Quoted text hidden]

Sent from Gmail Mobile

19 March 2019 at 07:51

**Karl-Leng Forsell** <frsl@ftml.net>
To: Tom Sensel <tom@sense-it.co>

[Quoted text hidden]

21 March 2019 at 12:59

**Jessica Gritzan** <jessica@airsquirrels.com>
To: "frsl@ftml.net" <frsl@ftml.net>

Hi Carl,

I had reached out last fall. Your inventory remains on our shelf. In my email from the fall I mentioned being able to pay your refund back over time, $50,000/month. We're unable to pay the entire amount due at this time but would like to work something out with you.

Additionally, our records are not consistent with what you show outstanding. We will have to do an audit on our end.

Best,

Jessica Gritzan

Squirrels LLC | SQRL

1.855.207.0927 x 7003

[Quoted text hidden]
    [Quoted text hidden]
        [Quoted text hidden]
            [Quoted text hidden]
                [Quoted text hidden]

27 March 2019 at 08:43

**Karl-Leng Forsell** <frsl@ftml.net>
To: Jessica Gritzan <jessica@airsquirrels.com>

Hi Jessica,

Were you able to do the audit on your end?

I think that before we can proceed any further it's necessary that we agree on the total amount. If you have doubts about any of the entries in my list I can provide you with official records from my bank.

I look forward to your prompt response.

Best.

Carl

[Quoted text hidden]

Sent from Gmail Mobile

3 April 2019 at 14:07

**Jessica Gritzan** <jessica@airsquirrels.com>
To: Karl-Leng Forsell <frsl@ftml.net>

Hi Karl,

Sorry for my delay. I didn't have the record of the 2 smaller transfers on orders for SQRL. This is because the money was actually sent to Allmine. Tom was able to confirm receipt though. There's a slight difference in the two values. You show $774,523.51 and our records indicated $744,373. I've attached the reconciled spreadsheet.

Best,

Jessica Gritzan

Squirrels LLC | SQRL

1.855.207.0927 x 7003

[Quoted text hidden]

📎 karl-leng-forsell.xlsx
   14K

EXHIBIT E

9 April 2019 at 15:16

**Karl-Leng Forsell** <frsl@ftml.net>
To: Jessica Gritzan <jessica@airsquirrels.com>
Cc: Tom Sensel <tom@sense-it.co>, David Stanfill <david@airsquirrels.com>

Hi Jessica,

Thank you for your confirmation of the total amount due.

I shall not dispute the small (~$150) discrepancy between our figures, and am happy to proceed in agreement with your calculated amount of $774,373.60.

Given this understanding, please could you let me know when I could expect to receive my refund for the total amount? Seeing that I made my refund request soon after Xilinx announced their shipping date slippage in August last year, and given that they subsequently refunded you for the resulting cancellations, I do not see the reason for any further delay in processing

https://mail.google.com/mail/u/0?ik=820865fd18&view=pt&search=all&permthid=thread-a%3Ar813-4007498439829633&simpl=msg-a%3Ar-8846724012700-48735...    3/7