Exhibits F, G, H

Plaintiffs Attempts to Communicate

With Defendants

7/25/2021        Gmail - BCU 1525 Refund Request

 Gmail       Karl Forsell <fforcc@gmail.com>

## BCU 1525 Refund Request
15 messages

**Karl-Leng Forsell <frsl@ftml.net>**     14 August 2018 at 11:27
To: FPGA Land <sales@fpga.land>

Dear Tom,

I hope this email finds you well.

In light of the BCU1525 delivery delay, and encouraged by your response to this, as announced and reported in the fpga discord, I am requesting a refund for 180 of the 192 BCU1525 (No RAM) boards I have on order with FPGA Land via the fully paid and confirmed orders 1505, 1462, 1406, 1405, 1395, 1247, 1174, 1121, 1119, 1099, 1098, 1097, 1094, 1087, 1084, 1080, 1076 and 1042.

Please could you provide me with the soonest time-frame as to when I could expect to receive the refund money in my account(s).

Best,

Carl

---

**FPGA Land <sales@fpga.land>**     14 August 2018 at 11:27
Reply-To: FPGA Land <sales@fpga.land>
To: Karl-Leng Forsell <frsl@ftml.net>

##- Please type your reply above this line -##

Your request (577) has been received and is being reviewed by our support staff.

To add additional comments, reply to this email.



**Karl-Leng Forsell**
Aug 14, 09:27 PDT

[Quoted text hidden]

This email is a service from FPGA Land. Delivered by **Zendesk**

---

**Thomas Sensel (FPGA Land) <sales@fpga.land>**     17 August 2018 at 22:04
Reply-To: FPGA Land <sales@fpga.land>
To: Karl-Leng Forsell <frsl@ftml.net>

##- Please type your reply above this line -##

Your request (577) has been updated. To add additional comments, reply to this email.



**Thomas Sensel** (FPGA Land)
Aug 17, 20:04 PDT

Karl,

That's not a problem. I'll need a crypto address to refund your crypto and bankwire orders to.

I'm placing your ticket on hold pending refund.

EXHIBIT F

7/25/2021            Gmail - BCU 1525 Refund Request



**Karl-Leng Forsell**
Aug 14, 09:27 PDT

Dear Tom,

I hope this email finds you well.

In light of the BCU1525 delivery delay, and encouraged by your response to this, as announced and reported in the fpga discord, I am requesting a refund for 180 of the 192 BCU1525 (No RAM) boards I have on order with FPGA Land via the fully paid and confirmed orders 1505, 1462, 1406, 1405, 1395, 1247, 1174, 1121, 1119, 1099, 1098, 1097, 1094, 1087, 1084, 1080, 1076 and 1042.

Please could you provide me with the soonest time-frame as to when I could expect to receive the refund money in my account(s).

Best,

Carl

[Quoted text hidden]

---

Karl-Leng Forsell <frsl@ftml.net>          18 August 2018 at 04:15
To: FPGA Land <sales@fpga.land>

Thank you, Tom. You can send refunds to this Bitcoin address: 1FnwBRpFBWHoXTr54Y1Xap58zkE3eTrG72 or to my USD bank account:
Name: Carl Leng Forsell
Account number: 120-076858-6
Name of Beneficiary Bank: DBS Bank
Address of Beneficiary Bank: 12 Marina Boulevard, DBS Asia Central, Marina Bay Financial Centre Tower 3, Singapore 018982
Country: Singapore
SWIFT / BIC Code: DBSSSGSG
[Quoted text hidden]

---

Thomas Sensel (FPGA Land) <sales@fpga.land>          24 August 2018 at 17:31
Reply-To: FPGA Land <sales@fpga.land>
To: Karl-Leng Forsell <frsl@ftml.net>

##- Please type your reply above this line -##

Your request (577) has been updated. To add additional comments, reply to this email.



**Thomas Sensel** (FPGA Land)
Aug 24, 15:31 PDT

We will notify you when your refund has been processed. We are estimating 1-2 weeks to get refunds processed.



**Karl-Leng Forsell**
Aug 18, 02:15 PDT

Thank you, Tom. You can send refunds to this Bitcoin address: 1FnwBRpFBWHoXTr54Y1Xap58zkE3eTrG72 or to my USD bank account:
Name: Carl Leng Forsell
Account number: 120-076858-6
Name of Beneficiary Bank: DBS Bank
Address of Beneficiary Bank: 12 Marina Boulevard, DBS Asia Central, Marina Bay Financial Centre Tower 3, Singapore 018982
Country: Singapore
SWIFT / BIC Code: DBSSSGSG

EXHIBIT F

7/25/2021        Gmail - BCU 1525 Refund Request



**Thomas Sensel** (FPGA Land)
Aug 17, 20:04 PDT

Karl,

That's not a problem. I'll need a crypto address to refund your crypto and bankwire orders to.

I'm placing your ticket on hold pending refund.



**Karl-Leng Forsell**
Aug 14, 09:27 PDT

Dear Tom,

I hope this email finds you well.

In light of the BCU1525 delivery delay, and encouraged by your response to this, as announced and reported in the fpga discord, I am requesting a refund for 180 of the 192 BCU1525 (No RAM) boards I have on order with FPGA Land via the fully paid and confirmed orders 1505, 1462, 1406, 1405, 1395, 1247, 1174, 1121, 1119, 1099, 1098, 1097, 1094, 1087, 1084, 1080, 1076 and 1042.

Please could you provide me with the soonest time-frame as to when I could expect to receive the refund money in my account(s).

Best,

Carl

[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>        15 March 2019 at 09:59
To: FPGA Land <sales@fpga.land>

Dear Tom,

I have been reconciling my accounts for the past year and have found that I have only received a small portion of the refund I am due from you.

The orders which I paid for using PayPal have been refunded:

| Date | Order No. | Amount | Refunded on |
|---|---|---|---|
| 08/06/2018 | 1084 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1087 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1090 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1094 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1097 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1098 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1099 | $14,530.64 | 19/08/2018 |

However, the refunds for the following orders are still outstanding:

| Date | Order No. | Method | Amount |
|---|---|---|---|
| 08/06/2018 | 1119 | Coinbase | $14,530.64 |
| 08/06/2018 | 1121 | Coinbase | $14,530.64 |
| 09/06/2018 | 1174 | Manual | $14,530.64 |
| 10/06/2018 | 1247 | Coinbase | $36,224.06 |
| 13/06/2018 | 1395 | Coinbase | $36,224.06 |
| 13/06/2018 | 1405 | Bank deposit | $187,973.09 |
| 14/06/2018 | 1406 | Bank deposit | $108,410.80 |

EXHIBIT F

7/25/2021                                                 Gmail - BCU 1525 Refund Request

| | | | |
|---|---|---|---|
| 18/06/2018 | 1505 | Bank deposit | $63,949.58 |
| | | **Total** | **$476,373.51** |

I note that I have not received a single BCU1525 from Allmine, Inc. till this date. As such there is no question in my mind that I am owed this amount in full.

Please could you check your records and reply to me within the next week with a clear acknowledgement of the amount of the refund that is owed and how and when you intend to transfer it to me. I shall otherwise be forced to exercise my right to legal recourse.

It has been almost seven months since you agreed to a refund, and I see no reason for further delay.

Best regards,

Carl Forsell
[Quoted text hidden]

---

**Mail Delivery System** <MAILER-DAEMON@messagingengine.com>      15 March 2019 at 11:26
To: frsl@ftml.net

This is the mail system at host mailnew.nyi.internal.

```
####################################################################
# THIS IS A WARNING ONLY.  YOU DO NOT NEED TO RESEND YOUR MESSAGE. #
####################################################################
```

Your message could not be delivered for more than 1 hour(s).
It will be retried until it is 1 day(s) old.

For further assistance, please send mail to postmaster.

If you do so, please include this problem report. You can
delete your own text from the attached returned message.

        The mail system

<sales@fpga.land>: connect to fpga.land[216.239.32.21]:25: Connection timed out

Final-Recipient: rfc822; sales@fpga.land
Original-Recipient: rfc822;sales@fpga.land
Action: delayed
Status: 4.4.1
Diagnostic-Code: X-Postfix; connect to fpga.land[216.239.32.21]:25: Connection
   timed out
Will-Retry-Until: Sat, 16 Mar 2019 10:59:27 -0400 (EDT)

📄 noname
    5K

---

**Mail Delivery System** <MAILER-DAEMON@messagingengine.com>      16 March 2019 at 10:26
To: frsl@ftml.net

This is the mail system at host mailnew.nyi.internal.

I'm sorry to have to inform you that your message could not
be delivered to one or more recipients. It's attached below.

For further assistance, please send mail to postmaster.

If you do so, please include this problem report. You can
delete your own text from the attached returned message.

        The mail system

<sales@fpga.land>: connect to fpga.land[216.239.34.21]:25: Connection timed out

Final-Recipient: rfc822; sales@fpga.land
Original-Recipient: rfc822;sales@fpga.land
Action: failed
Status: 4.4.1
Diagnostic-Code: X-Postfix; connect to fpga.land[216.239.34.21]:25: Connection
   timed out

---------- Forwarded message ----------
From: Karl-Leng Forsell <frsl@ftml.net>
To: FPGA Land <sales@fpga.land>
Cc:
Bcc:

**EXHIBIT F**

Date: Fri, 15 Mar 2019 22:59:15 +0800
Subject: Re: [FPGA Land] Re: BCU 1525 Refund Request

Dear Tom,

I have been reconciling my accounts for the past year and have found that I have only received a small portion of the refund I am due from you.

The orders which I paid for using PayPal have been refunded:

| Date | Order No. | Amount | Refunded on |
|---|---|---|---|
| 08/06/2018 | 1084 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1087 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1090 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1094 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1097 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1098 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1099 | $14,530.64 | 19/08/2018 |

However, the refunds for the following orders are still outstanding:

| Date | Order No. | Method | Amount |
|---|---|---|---|
| 08/06/2018 | 1119 | Coinbase | $14,530.64 |
| 08/06/2018 | 1121 | Coinbase | $14,530.64 |
| 09/06/2018 | 1174 | Manual | $14,530.64 |
| 10/06/2018 | 1247 | Coinbase | $36,224.06 |
| 13/06/2018 | 1395 | Coinbase | $36,224.06 |
| 13/06/2018 | 1405 | Bank deposit | $187,973.09 |
| 14/06/2018 | 1406 | Bank deposit | $108,410.80 |
| 18/06/2018 | 1505 | Bank deposit | $63,949.58 |
| | | Total | $476,373.51 |

I note that I have not received a single BCU1525 from Allmine, Inc. till this date. As such there is no question in my mind that I am owed this amount in full.

Please could you check your records and reply to me within the next week with a clear acknowledgement of the amount of the refund that is owed and how and when you intend to transfer it to me. I shall otherwise be forced to exercise my right to legal recourse.

It has been almost seven months since you agreed to a refund, and I see no reason for further delay.

Best regards,

Carl Forsell

On Sat, 25 Aug 2018 at 06:31 Thomas Sensel (FPGA Land) <sales@fpga.land> wrote:

> ##- Please type your reply above this line -##
>
> Your request (577) has been updated. To add additional comments, reply to this email.



**Thomas Sensel** (FPGA Land)
Aug 24, 15:31 PDT

We will notify you when your refund has been processed. We are estimating 1-2 weeks to get refunds processed.



**Karl-Leng Forsell**
Aug 18, 02:15 PDT

Thank you, Tom. You can send refunds to this Bitcoin address: 1FnwBRpFBWHoXTr54Y1Xap58zkE3eTrG72 or to my USD bank account:

**EXHIBIT G**

7/25/2021                  Gmail - BCU 1525 Refund Request

Name: Carl Leng Forsell
Account number: 120-076858-6
Name of Beneficiary Bank: DBS Bank
Address of Beneficiary Bank: 12 Marina Boulevard, DBS Asia Central, Marina Bay Financial Centre Tower 3, Singapore 018982
Country: Singapore
SWIFT / BIC Code: DBSSSGSG



**Thomas Sensel** (FPGA Land)
Aug 17, 20:04 PDT

Karl,

That's not a problem. I'll need a crypto address to refund your crypto and bankwire orders to.

I'm placing your ticket on hold pending refund.



**Karl-Leng Forsell**
Aug 14, 09:27 PDT

Dear Tom,

I hope this email finds you well.

In light of the BCU1525 delivery delay, and encouraged by your response to this, as announced and reported in the fpga discord, I am requesting a refund for 180 of the 192 BCU1525 (No RAM) boards I have on order with FPGA Land via the fully paid and confirmed orders 1505, 1462, 1406, 1405, 1395, 1247, 1174, 1121, 1119, 1099, 1098, 1097, 1094, 1087, 1084, 1080, 1076 and 1042.

Please could you provide me with the soonest time-frame as to when I could expect to receive the refund money in my account(s).

Best,

Carl

This email is a service from FPGA Land. Delivered by **Zendesk**

---

**Karl-Leng Forsell** <frsl@ftml.net>             18 March 2019 at 17:10
To: Tom Sensel <tom@sense-it.co>

Please could you read and respond to the below email, which I tried unsuccessfully to send to sales@fpga.land (the mail server appears to be down) in reply to an old support ticket there concerning the processing of my refund. This urgently needs to be addressed.
[Quoted text hidden]

Sent from Gmail Mobile

---

**Tom Sensel** <tom@sense-it.co>             18 March 2019 at 18:01
To: Karl-Leng Forsell <frsl@ftml.net>

Karl,

EXHIBIT G

As part of our joint venture I forwarded funds from sales to SQRL for them to fulfill their obligation as part of the joint venture to receive, process and ship the items out.

It was my understanding from SQRL that because you additionally ordered units directly from them that you had been speaking with them and working with them directly to have your remaining refund processed and sent to you. Again, if the refund has not been processed they are the ones holding it.

If you would like to receive your boards that could probably still be arranged. It was my understand from speaking with Jessica that you were adamant in your desire for a refund and did not wish to receive the boards. You were placed in the refund processing queue and last I knew your refund had been processed. The only funds we had access to were the paypal funds you had sent. I refunded those promptly as it was under my control. I don't believe in forcing someone to purchase a product if they change their mind.

After receiving your email I spoke with David and asked him about it. His response was "We are working with him, we send him a message last fall about this last and then he disappeared without response for 3 months". If you speak with David and Jessica -- I'm sure they will promptly get your refund out. I'm quite shocked by your email and had no idea you had not been refunded already.

Regards,
Tom Sensel
[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>                                                       19 March 2019 at 07:33
To: Tom Sensel <tom@sense-it.co>

Tom,

Thank your for your prompt and frank clarification.

Shocked was I when I read your email.

As the structure of your relationship with SQRL was not and could not properly be expected to be a concern of mine, I kept my refund requests for orders placed with each company separate.

Not once in my correspondence with them, however, did SQRL inform me that they held the (non-PayPal) funds from sales on fpga.land, or that they were in charge of processing refunds of boards sold by Allmine.

This to me is sadly typical of the obfuscation and evasion I have faced at every step of my attempt to claim this refund that had been publicly offered to all.

As advised, I shall be contacting David and Jessica to formally request SQRL to refund the outstanding orders.

Gravely,

Karl Forsell

[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>                                                         20 March 2019 at 09:04
To: Tom Sensel <tom@sense-it.co>

Hi Tom,

SQRL haven't replied to the email I sent them last Friday, nor to the subsequent one I sent on Monday after hearing from you.

I therefore tried calling Jessica this morning on the office number she gave me last year, 1.855.207.0927, but there was no answer.

Do you have another number I can reach Jessica on, and could I also trouble you for David's contact details too?

Thank you,

Karl
[Quoted text hidden]

---

**Tom Sensel** <tom@sense-it.co>                                                           26 March 2019 at 15:25
To: Karl-Leng Forsell <frsl@ftml.net>

Has SQRL been in contact ?

[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>                                                        27 March 2019 at 09:15
To: Tom Sensel <tom@sense-it.co>

Hi Tom,

They did, eventually, but the email I got from Jessica wasn't very helpful. I have copied it below.

**EXHIBIT G**

7/25/2021            Gmail - BCU 1525 Refund Request

I find quite puzzling her remark that the cards I ordered remain even now as "inventory on the shelf". I remember very clearly you or David announcing on the discord in August that refunds would be processed as soon as Xilinx in turn refunded you. As they were legally obligated to do so, there would have been no question of you having to take delivery of the boards I had ordered. Has Jessica perhaps forgotten that I asked for my refund very early on, long before Xilinx had started shipping?

I'd appreciate your thoughts on this, and the rest of her email.

Best,

Carl

---------- Forwarded message ----------
From: **Jessica Gritzan** <jessica@airsquirrels.com>
Date: Fri, 22 Mar 2019 at 02:00
Subject: Re: BCU1525 Refund Request
To: frsl@ftml.net <frsl@ftml.net>


Hi Carl,

I had reached out last fall. Your inventory remains on our shelf. In my email from the fall I mentioned being able to pay your refund back over time, $50,000/month. We're unable to pay the entire amount due at this time but would like to work something out with you.

Additionally, our records are not consistent with what you show outstanding. We will have to do an audit on our end.

Best,

Jessica Gritzan

Squirrels LLC | SQRL

1.855.207.0927 x 7003

[Quoted text hidden]

---

**Tom Sensel** <tom@sense-it.co>            30 March 2019 at 04:39
To: Karl-Leng Forsell <frsl@ftml.net>

Yes, they should have been processed then. I don't have any insight into the inner financial workings of SQRL. I'm not sure what's going on.

I'll get with Jessica and perform the audit. I have all the records here.
[Quoted text hidden]



EXHIBIT G

7/24/2021                          Gmail - BCU1525 Refund Request

# Gmail

Karl Forsell <fforcc@gmail.com>

## BCU1525 Refund Request
27 messages

---

**Karl-Leng Forsell** <frsl@ftml.net>                          14 August 2018 at 11:48
To: SQRL Sales <sales@squirrelsresearch.com>

Dear Jessica,

Please disregard my previous email, which I sent from an address that is not one of those we've been using hitherto.

In light of the BCU1525 delivery delay, and encouraged by your response to this, as announced and reported in the fpga discord, I am requesting a refund for 85 of the 89 BCU1525 (No RAM) boards I have on order with Squirrels Research via the fully paid and confirmed invoices 2981, 2865 and 2860.

Please could you provide me with the a reasonable timeframe as to when I could expect to receive the refund money in my account.

Best,

Carl

---

**Squirrels Research Hardware** <support@squirrelsresearch.com>               21 August 2018 at 13:22
Reply-To: Squirrels Research Hardware <support@squirrelsresearch.com>
To: frsl@ftml.net
Cc: sales@squirrelsresearch.com

Hi Carl,

We will be issuing refunds soon, I do not have an exact date yet.

Could you fill out one of these refund surveys for also?

I paid with Crypto Survey
I paid with Fiat Survey

Best,
Aaron R.
Squirrels Support
@AirParrot | @ReflectorApp | @TryDitto

[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>                          23 August 2018 at 03:31
To: Squirrels Research Hardware <support@squirrelsresearch.com>
Cc: sales@squirrelsresearch.com

Hi Aaron,

Thank you for the update. I've filled in the flat refund survey. Please let me know if there is anything else I can do to help you expedite this claim, and also keep me posted on its progress.

Best,

Carl
[Quoted text hidden]

---

**Squirrels Research Hardware** <support@squirrelsresearch.com>               28 August 2018 at 12:57
Reply-To: Squirrels Research Hardware <support@squirrelsresearch.com>
To: frsl@ftml.net
Cc: sales@squirrelsresearch.com

Hi Karl-Leng,

Sure thing.

We will be processing refunds this week.

Best,
Aaron R.
Squirrels Support
@AirParrot | @ReflectorApp | @TryDitto

> On Thu, Aug 23 at 4:32 AM , Karl-Leng Forsell <frsl@ftml.net> wrote:
> Hi Aaron,
>
> Thank you for the update. I've filled in the flat refund survey. Please let me know if there is anything else I can do to help you expedite this claim, and also keep me posted on its progress.
>
> Best,
> Carl
>
>> On Wed, 22 Aug 2018, 2:22 AM Squirrels Research Hardware, <support@squirrelsresearch.com> wrote:
>> Hi Carl,
>>
>> We will be issuing refunds soon, I do not have an exact date yet.
>>
>> Could you fill out one of these refund surveys for also?
>>
>> I paid with Crypto Survey
>> I paid with Fiat Survey
>>
>> Best,
>> Aaron R.
>> Squirrels Support
>> @AirParrot | @ReflectorApp | @TryDitto
>>
>>> On Tue, Aug 14 at 12:49 PM , Karl-Leng Forsell <frsl@ftml.net> wrote:
>>> [Quoted text hidden]

EXHIBIT H

---

**Karl-Leng Forsell** <frsl@ftml.net>                          20 November 2018 at 14:51
To: Squirrels Research Hardware <support@squirrelsresearch.com>
Cc: sales@squirrelsresearch.com

Hey what's up? Your week came and went. My patience is running thin
[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>                                      15 March 2019 at 09:59
To: Squirrels Research Hardware <support@squirrelsresearch.com>
Cc: SQRL Sales <sales@squirrelsresearch.com>, David Stanfill <david@airsquirrels.com>

Hello,

I have been reconciling my accounts for the past year and am writing to you again, more than half a year later, because I have yet to receive the refund that I am due from you.

The refunds for the following orders are still outstanding:

| Date | Order No. | Amount |
|---|---|---|
| 17/06/2018 | 2860 | $67,000.00 |
| 18/06/2018 | 2865 | $63,650.00 |
| 26/06/2018 | 2981 | $167,500.00 |
| | Total | $298,150.00 |

I note that I have not received a single BCU1525 from Squirrels Research till this date. As such there is no question in my mind that I am owed this amount in full.

Please could you check your records and reply to me within the next week with a clear acknowledgement of the amount of the refund that is owed and how and when you intend to transfer it to me. I shall otherwise be forced to exercise my right to legal recourse.

It has been almost seven months since you agreed to a refund, and I see no reason for further delay.

Best regards,

Carl Forsell
[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>
To: Squirrels Research Hardware <support@squirrelsresearch.com>
Cc: David Stanfill <david@airsquirrels.com>, SQRL Sales <sales@squirrelsresearch.com>

Please see below the correspondence between Tom and myself. I look forward to your reply and the immediate processing of the refund.

--------- Forwarded message ---------
From: **Karl-Leng Forsell** <frsl@ftml.net>
Date: Tue, 19 Mar 2019 at 20:33
Subject: Re: [FPGA Land] Re: BCU 1525 Refund Request
To: Tom Sensel <tom@sense-it.co>

Tom,

Thank your for your prompt and frank clarification.

Shocked was I when I read your email.

As the structure of your relationship with SQRL was not and could not properly be expected to be a concern of mine, I kept my refund requests for orders placed with each company separate.

Not once in my correspondence with them, however, did SQRL inform me that they held the (non-PayPal) funds from sales on fpga.land, or that they were in charge of processing refunds of b

This to me is sadly typical of the obfuscation and evasion I have faced at every step of my attempt to claim this refund that had been publicly offered to all.

As advised, I shall be contacting David and Jessica to formally request SQRL to refund the outstanding orders.

Gravely,

Karl Forsell

On Tue, 19 Mar 2019 at 07:07, Tom Sensel <tom@sense-it.co> wrote:
> Karl,
>
> As part of our joint venture I forwarded funds from sales to SQRL for them to fulfill their obligation as part of the joint venture to receive, process and ship the items out.
>
> It was my understanding from SQRL that because you additionally ordered units directly from them that you had been speaking with them and working with them directly to have your remain
> Again, if the refund has not been processed they are the ones holding it.
>
> If you would like to receive your boards that could probably still be arranged. It was my understand from speaking with Jessica that you were adamant in your desire for a refund and did not
> placed in the refund processing queue and last I knew your refund had been processed. The only funds we had access to were the paypal funds you had sent. I refunded those promptly as
> forcing someone to purchase a product if they change their mind.
>
> After receiving your email I spoke with David and asked him about it. His response was "We are working with him, we send him a message last fall about this last and then he disappeared v
> with David and Jessica -- I'm sure they will promptly get your refund out. I'm quite shocked by your email and had no idea you had not been refunded already.
>
> Regards,
> Tom Sensel
>
> On Mon, Mar 18, 2019 at 6:10 PM Karl-Leng Forsell <frsl@ftml.net> wrote:
>> Please could you read and respond to the below email, which I tried unsuccessfully to send to sales@fpga.land (the mail server appears to be down) in reply to an old support ticket there
>> urgently needs to be addressed.
>>
>> --------- Forwarded message ---------
>> From: **Karl-Leng Forsell** <frsl@ftml.net>
>> Date: Fri, 15 Mar 2019 at 22:59
>> Subject: Re: [FPGA Land] Re: BCU 1525 Refund Request
>> To: FPGA Land <sales@fpga.land>
>>
>> Dear Tom,
>>
>> I have been reconciling my accounts for the past year and have found that I have only received a small portion of the refund I am due from you.
>>
>> The orders which I paid for using PayPal have been refunded:

| Date | Order No. | Amount | Refunded on |
|---|---|---|---|
| 08/06/2018 | 1084 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1087 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1090 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1094 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1097 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1098 | $14,530.64 | 19/08/2018 |
| 08/06/2018 | 1099 | $14,530.64 | 19/08/2018 |

>> However, the refunds for the following orders are still outstanding:

| Date | Order No. | Method | Amount |
|---|---|---|---|
| 08/06/2018 | 1119 | Coinbase | $14,530.64 |
| 08/06/2018 | 1121 | Coinbase | $14,530.64 |
| 09/06/2018 | 1174 | Manual | $14,530.64 |
| 10/06/2018 | 1247 | Coinbase | $36,224.06 |
| 13/06/2018 | 1395 | Coinbase | $36,224.06 |



EXHIBIT H

| | | | |
|---|---|---|---|
| 13/06/2018 | 1405 | Bank deposit | $187,973.09 |
| 14/06/2018 | 1406 | Bank deposit | $108,410.80 |
| 18/06/2018 | 1505 | Bank deposit | $63,949.58 |
| | | **Total** | **$476,373.51** |

I note that I have not received a single BCU1525 from Allmine, Inc. till this date. As such there is no question in my mind that I am owed this amount in full.

Please could you check your records and reply to me within the next week with a clear acknowledgement of the amount of the refund that is owed and how and when you intend to transfer exercise my right to legal recourse.

It has been almost seven months since you agreed to a refund, and I see no reason for further delay.

Best regards,

Carl Forsell

[Quoted text hidden]

Sent from Gmail Mobile

---

**Karl-Leng Forsell** <frsl@ftml.net>      19 March 2019 at 07:51
To: Tom Sensel <tom@sense-it.co>

[Quoted text hidden]

---

**Jessica Gritzan** <jessica@airsquirrels.com>      21 March 2019 at 12:59
To: "frsl@ftml.net" <frsl@ftml.net>

Hi Carl,

I had reached out last fall. Your inventory remains on our shelf. In my email from the fall I mentioned being able to pay your refund back over time, $50,000/month. We're unable to pay the entire amount due at this time but would like to work something out with you.

Additionally, our records are not consistent with what you show outstanding. We will have to do an audit on our end.

Best,

Jessica Gritzan

Squirrels LLC | SQRL

1.855.207.0927 x 7003

[Quoted text hidden]
    [Quoted text hidden]
        [Quoted text hidden]
            [Quoted text hidden]
                [Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>      27 March 2019 at 08:43
To: Jessica Gritzan <jessica@airsquirrels.com>

Hi Jessica,

Were you able to do the audit on your end?

I think that before we can proceed any further it's necessary that we agree on the total amount. If you have doubts about any of the entries in my list I can provide you with official records from my bank.

I look forward to your prompt response.

Best,

Carl

[Quoted text hidden]

Sent from Gmail Mobile

---

**Jessica Gritzan** <jessica@airsquirrels.com>      3 April 2019 at 14:07
To: Karl-Leng Forsell <frsl@ftml.net>

Hi Karl,

Sorry for my delay. I didn't have the record of the 2 smaller transfers on orders for SQRL. This is because the money was actually sent to Allmine. Tom was able to confirm receipt though. There's a slight difference in the two values. You show $774,523.51 and our records indicated $744,373. I've attached the reconciled spreadsheet.

Best,

Jessica Gritzan

Squirrels LLC | SQRL

1.855.207.0927 x 7003

[Quoted text hidden]

📎 karl-leng-forsell.xlsx
14K

---

**Karl-Leng Forsell** <frsl@ftml.net>      9 April 2019 at 15:16
To: Jessica Gritzan <jessica@airsquirrels.com>
Cc: Tom Sensel <tom@sense-it.co>, David Stanfill <david@airsquirrels.com>

**EXHIBIT H**

Hi Jessica,

Thank you for your confirmation of the total amount due.

I shall not dispute the small (~$150) discrepancy between our figures, and am happy to proceed in agreement with your calculated amount of $774,373.60.

Given this understanding, please could you let me know when I could expect to receive my refund for the total amount? Seeing that I made my refund request soon after Xilinx announced their shipping date slippage in August last year, and given that they subsequently refunded you for the resulting cancellations, I do not see the reason for any further delay in processing

7/24/2021             Gmail - BCU1525 Refund Request

my refund.

Nevertheless, if you are currently in difficulties, I am open to an alternative proposal .However, I have exigencies of my own; in particular, the need to close my company accounts by October.

I look forward to hearing from you soon.

Best,

Carl

[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>        9 April 2019 at 15:25
To: SQRL Sales <sales@squirrelsresearch.com>, accountspayable@squirrelsresearch.com

[Quoted text hidden]

---

**Tom Sensel** <tom@sense-it.co>        1 September 2019 at 07:28
To: Karl-Leng Forsell <frsl@ftml.net>

Karl,

Has SQRL fully refunded you as of yet?

Regards,
Tom
[Quoted text hidden]

---

**karl leng forsell** <klf@ftml.net>        26 October 2019 at 22:46
To: Tom Sensel <tom@sense-it.co>

Hi Tom,

I am sorry for not having had any communication since.

I had sustained a severe slipper disk injury and am presently undergoing rehabilitation and will hopefully be fully recovered by 21st November.

Please could you get in touch with Dominic who is at present looking into certain Nonce affairs.

I do know that he tried emailing Jessica but maybe it was too brief and random as he was unsure as to how long I was going to debilitated in such a manner.

Until 21st November I will not be able to have very much access to email or write or type that much.

Please could you see to Dominic being updated at:

obstructivist@gmail.com

If you should know of have spoken to Jessica since.

Since this injury of mine, it is now ever so more pressing that I recover the monies outstanding.

I really appreciate all your help in this.Do please if you can let SQRL know of my situation if you think it will help.

Is actually going to see SQRL personally going to help expedite all this?

Warm Regards

Karl
[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>        26 October 2019 at 22:46
To: fforcc@gmail.com



**Message not delivered**

You're sending this from a different address or alias using the 'Send mail as' feature. The settings for your 'Send mail as' account are misconfigured or out of date. Check those settings and try resending.

**LEARN MORE**

The response from the remote server was:

```
535 5.7.0 Sorry, email sending for your account has been disabled. Please log in to the web interface for more details.
```

Final-Recipient: rfc822; tom@sense-it.co
Action: failed
Status: 5.7.0
Remote-MTA: dns; smtp.fastmail.com (66.111.4.139, the relay for the domain.)
Diagnostic-Code: smtp; 535 5.7.0 Sorry, email sending for your account has been disabled. Please log in to the web interface for more details.
Last-Attempt-Date: Sat, 26 Oct 2019 20:46:26 -0700 (PDT)

---------- Forwarded message ----------
From: karl leng forsell <klf@ftml.net>
To: Tom Sensel <tom@sense-it.co>
Cc:
Bcc:
Date: Sun, 27 Oct 2019 10:46:11 +0700
Subject: Re: BCU1525 Refund Request

Hi Tom,

I am sorry for not having had any communication since.

I had sustained a severe slipper disk injury and am presently undergoing rehabilitation and will hopefully be fully recovered by 21st November.

Please could you get in touch with Dominic who is at present looking into certain Nonce affairs.

I do know that he tried emailing Jessica but maybe it was too brief and random as he was unsure as to how long I was going to debilitated in such a manner.

Until 21st November I will not be able to have very much access to email or write or type that much.

EXHIBIT H

7/24/2021          Gmail - BCU1525 Refund Request

Please could you see to Dominic being updated at

obstructivist@gmail.com

If you should know of have spoken to Jessica since.

Since this injury of mine, it is now ever so more pressing that I recover the monies outstanding.

I really appreciate all your help in this. Do please if you can let SQRL know of my situation if you think it will help.

Is actually going to see SQRL personally going to help expedite all this?

Warm Regards

Karl

On Sun, 1 Sep 2019 at 19:28, Tom Sensel <tom@sense-it.co> wrote:
> Karl,
>
> Has SQRL fully refunded you as of yet?
>
> Regards,
> Tom
>
> On Tue, Apr 9, 2019 at 4:16 PM Karl-Leng Forsell <frsl@ftml.net> wrote:
>>
>> Hi Jessica,
>>
>> Thank you for your confirmation of the total amount due.
>>
>> I shall not dispute the small (~$150) discrepancy between our figures,
>> and am happy to proceed in agreement with your calculated amount of
>> $774,373.60.
>>
>> Given this understanding, please could you let me know when I could
>> expect to receive my refund for the total amount? Seeing that I made my
>> refund request soon after Xilinx announced their shipping date slippage in
>> August last year, and given that they subsequently refunded you for the
>> resulting cancellations, I do not see the reason for any further delay in
>> processing my refund.
>>
>> Nevertheless, if you are currently in difficulties, I am open to an
>> alternative proposal. However, I have exigencies of my own; in particular,
>> the need to close my company accounts by October.
>>
>> I look forward to hearing from you soon.
>>
>> Best,
>>
>> Carl
>>
>> On Wed, 3 Apr 2019 at 21:07, Jessica Gritzan <jessica@airsquirrels.com>
>> wrote:
>>>
>>> Hi Karl,
>>>
>>>
>>> Sorry for my delay. I didn't have the record of the 2 smaller transfers
>>> on orders for SQRL. This is because the money was actually sent to Allmine.
>>> Tom was able to confirm receipt though. There's a slight difference in the
>>> two values. You show $774,523.51 and our records indicated $744,373. I've
>>> attached the reconciled spreadsheet.
>>>
>>>
>>> Best,
>>>
>>> Jessica Gritzan
>>>
>>> Squirrels LLC | SQRL
>>>
>>> 1.855.207.0927 x 7003
>>>
>>>
>>> *From:* *Karl-Leng Forsell <frsl@ftml.net>
>>> *Date:* *Wednesday, March 27, 2019 at 9:43 AM
>>> *To:* *Jessica Gritzan <jessica@airsquirrels.com>
>>> *Subject:* *Re: BCU1525 Refund Request
>>>
>>>
>>> Hi Jessica,
>>>
>>>
>>> Were you able to do the audit on your end?
>>>
>>>
>>> I think that before we can proceed any further it's necessary that we
>>> agree on the total amount. If you have doubts about any of the entries in
>>> my list I can provide you with official records from my bank.
>>>
>>>
>>> I look forward to your prompt response.
>>>
>>>
>>> Best,
>>>
>>>
>>> Carl
>>>
>>>
>>> On Fri, 22 Mar 2019 at 02:00, Jessica Gritzan <jessica@airsquirrels.com>
>>> wrote:
>>>
>>> Hi Carl,
>>>
>>> I had reached out last fall. Your inventory remains on our shelf. In my
>>> email from the fall I mentioned being able to pay your refund back over
>>> time, $50,000/month. We're unable to pay the entire amount due at this time
>>> but would like to work something out with you.
>>>

EXHIBIT H

7/24/2021        Gmail - BCU1525 Refund Request

>>>
----- Message truncated -----

---

**Carl Forsell** <fforcc@gmail.com>      30 October 2019 at 02:25
To: Tom Sensel <tom@sense-it.co>

[Quoted text hidden]

---

**Carl Forsell** <fforcc@gmail.com>      30 October 2019 at 02:25
To: Tom Sensel <tom@sense-it.co>

[Quoted text hidden]

---

**Carl Forsell** <fforcc@gmail.com>      30 October 2019 at 02:27
To: Tom Sensel <tom@sense-it.co>

On Sun, 27 Oct 2019 at 11:46, karl leng forsell <klf@ftml.net> wrote:
[Quoted text hidden]
[Quoted text hidden]

---

**Carl Forsell** <fforcc@gmail.com>      30 October 2019 at 02:28
To: "obstructivist@gmail.com" <obstructivist@gmail.com>

---------- Forwarded message ----------
From: **Karl-Leng Forsell** <frsl@ftml.net>
Date: Wed, 10 Apr 2019 at 04:16
Subject: Re: BCU1525 Refund Request
To: Jessica Gritzan <jessica@airsquirrels.com>
Cc: Tom Sensel <tom@sense-it.co>, David Stanfill <david@airsquirrels.com>

[Quoted text hidden]
[Quoted text hidden]

---

**Carl Forsell** <fforcc@gmail.com>      30 October 2019 at 02:29
To: "obstructivist@gmail.com" <obstructivist@gmail.com>

[Quoted text hidden]

---

**d f** <obstructivist@gmail.com>      30 October 2019 at 02:34
To: Carl Forsell <fforcc@gmail.com>, Tom@sense-it.co
Cc: jessica@airsquirrels.com

Hi Tom, Jessica

Unsure if you both got this email from Karl as his ftml email does not seem to be working.

Let me know when you get this and lets discuss how we can resolve this soon.

Thank You again

Dominic
[Quoted text hidden]

---

**d f** <obstructivist@gmail.com>      13 November 2019 at 20:01
To: Carl Forsell <fforcc@gmail.com>, "Tom@sense-it.co" <Tom@sense-it.co>
Cc: "jessica@airsquirrels.com" <jessica@airsquirrels.com>

[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>      5 February 2020 at 10:46
To: Jessica Gritzan <jessica@airsquirrels.com>

Hi Jessica,

I trust you are well.

I have not heard from you since replying to your email of 4 April last year, where you confirmed the total amount of the refund due to me, $774,373.

Since then I haven't been able to attend to this matter due to poor health, but I am back on my feet again and keen to find a way to move forward with resolving this issue amicably.

I have tried calling your company extension several times without success.

Please could you give me an update this week with a plan for refunding me the money owed.

Regards,

Carl Forsell
[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>      5 February 2020 at 11:16
To: Tom Sensel <tom@sense-it.co>

Hi Tom,

Thank you for your email while I was away for health reasons last year.

I have still not received my refund from Squirrels, nor did Jessica write to me again after her email of 4 April confirming the total amount due.

I was greatly encouraged by her reply at the time, and was even prepared to be flexible with the terms of repayment, as long as we could start making some definite progress towards resolution.

Although various problems have prevented me so far from e.g. travelling to the US to attempt to resolve this issue personally, I have not in any way given up my intention to recover the money, which is not an insignificant amount for me.

Would you have any idea what is going on their end, and whether they ever intend to process the refund?

Regards,

Carl

[Quoted text hidden]

---

**Tom Sensel** <tom@sense-it.co>      5 February 2020 at 11:20
To: Karl-Leng Forsell <frsl@ftml.net>

Do you have time for a call?

Thanks
[Quoted text hidden]

---

EXHIBIT H

7/24/2021          Gmail - BCU1525 Refund Request

**Karl-Leng Forsell** <frsl@ftml.net>           5 February 2020 at 11:24
To: Tom Sensel <tom@sense-it.co>

Yes, sure. My number is +6596383964.
[Quoted text hidden]

EXHIBIT H