Exhibit I

April 9, 2019

Plaintiff and Defendant Agree on Refund Due

7/24/2021                        Gmail - BCU1525 Refund Request

| | | | |
|---|---|---|---|
| 13/06/2018 | 1405 | Bank deposit | $187,973.09 |
| 14/06/2018 | 1406 | Bank deposit | $108,410.80 |
| 18/06/2018 | 1505 | Bank deposit | $63,949.58 |
| | | Total | $476,373.51 |

I note that I have not received a single BCU1525 from Allmine, Inc. till this date. As such there is no question in my mind that I am owed this amount in full.

Please could you check your records and reply to me within the next week with a clear acknowledgement of the amount of the refund that is owed and how and when you intend to transfe exercise my right to legal recourse.

It has been almost seven months since you agreed to a refund, and I see no reason for further delay.

Best regards,

Carl Forsell

[Quoted text hidden]

Sent from Gmail Mobile

---

**Karl-Leng Forsell** <frsl@ftml.net>        19 March 2019 at 07:51
To: Tom Sensel <tom@sense-it.co>

[Quoted text hidden]

---

**Jessica Gritzan** <jessica@airsquirrels.com>        21 March 2019 at 12:59
To: "frsl@ftml.net" <frsl@ftml.net>

Hi Carl,

I had reached out last fall. Your inventory remains on our shelf. In my email from the fall I mentioned being able to pay your refund back over time, $50,000/month. We're unable to pay the entire amount due at this time but would like to work something out with you.

Additionally, our records are not consistent with what you show outstanding. We will have to do an audit on our end.

Best,

Jessica Gritzan

Squirrels LLC | SQRL

1.855.207.0927 x 7003

[Quoted text hidden]
  [Quoted text hidden]
    [Quoted text hidden]
      [Quoted text hidden]
        [Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>        27 March 2019 at 08:43
To: Jessica Gritzan <jessica@airsquirrels.com>

Hi Jessica,

Were you able to do the audit on your end?

I think that before we can proceed any further it's necessary that we agree on the total amount. If you have doubts about any of the entries in my list I can provide you with official records from my bank.

I look forward to your prompt response.

Best,

Carl

[Quoted text hidden]

Sent from Gmail Mobile

---

**Jessica Gritzan** <jessica@airsquirrels.com>        3 April 2019 at 14:07
To: Karl-Leng Forsell <frsl@ftml.net>

Hi Karl,

Sorry for my delay. I didn't have the record of the 2 smaller transfers on orders for SQRL. This is because the money was actually sent to Allmine. Tom was able to confirm receipt though. There's a slight difference in the two values. You show $774,523.51 and our records indicated $744,373. I've attached the reconciled spreadsheet.

Best,

Jessica Gritzan

Squirrels LLC | SQRL

1.855.207.0927 x 7003

[Quoted text hidden]

📎 karl-leng-forsell.xlsx
   14K

---

**Karl-Leng Forsell** <frsl@ftml.net>        9 April 2019 at 15:16
To: Jessica Gritzan <jessica@airsquirrels.com>
Cc: Tom Sensel <tom@sense-it.co>, David Stanfill <david@airsquirrels.com>

Hi Jessica,

Thank you for your confirmation of the total amount due.

I shall not dispute the small (~$150) discrepancy between our figures, and am happy to proceed in agreement with your calculated amount of $774,373.69.

Given this understanding, please could you let me know when I could expect to receive my refund for the total amount? Seeing that I made my refund request soon after Xilinx announced their shipping date slippage in August last year, and given that they subsequently refunded you for the resulting cancellations, I do not see the reason for any further delay in processing

EXHIBIT I

7/24/2021            Gmail - BCU1525 Refund Request

my refund.

Nevertheless, if you are currently in difficulties, I am open to an alternative proposal .However, I have exigencies of my own; in particular, the need to close my company accounts by October.

I look forward to hearing from you soon.

Best,

Carl

[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>          9 April 2019 at 15:25
To: SQRL Sales <sales@squirrelsresearch.com>, accountspayable@squirrelsresearch.com

[Quoted text hidden]

---

**Tom Sensel** <tom@sense-it.co>          1 September 2019 at 07:23
To: Karl-Leng Forsell <frsl@ftml.net>

Karl,

Has SQRL fully refunded you as of yet?

Regards,
Tom

[Quoted text hidden]

---

**karl leng forsell** <klf@ftml.net>          26 October 2019 at 22:46
To: Tom Sensel <tom@sense-it.co>

Hi Tom,

I am sorry for not having had any communication since.

I had sustained a severe slipper disk injury and am presently undergoing rehabilitation and will hopefully be fully recovered by 21st November.

Please could you get in touch with Dominic who is at present looking into certain Nonce affairs.

I do know that he tried emailing Jessica but maybe it was too brief and random as he was unsure as to how long I was going to debilitated in such a manner.

Until 21st November I will not be able to have very much access to email or write or type that much.

Please could you see to Dominic being updated at

obstructivist@gmail.com

If you should know of have spoken to Jessica since.

Since this injury of mine, it is now ever so more pressing that I recover the monies outstanding.

I really appreciate all your help in this.Do please if you can let SQRL know of my situation if you think it will help.

Is actually going to see SQRL personally going to help expedite all this?

Warm Regards

Karl

[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>          26 October 2019 at 22:46
To: fforcc@gmail.com



**Message not delivered**

You're sending this from a different address or alias using the 'Send mail as' feature. The settings for your 'Send mail as' account are misconfigured or out of date. Check those settings and try resending.

**LEARN MORE**

The response from the remote server was:

535 5.7.0 Sorry, email sending for your account has been disabled. Please log in to the web interface for more details.

Final-Recipient: rfc822; tom@sense-it.co
Action: failed
Status: 5.7.0
Remote-MTA: dns; smtp.fastmail.com (66.111.4.139, the relay for the domain.)
Diagnostic-Code: smtp; 535 5.7.0 Sorry, email sending for your account has been disabled. Please log in to the web interface for more details.
Last-Attempt-Date: Sat, 26 Oct 2019 20:46:26 -0700 (PDT)

---------- Forwarded message ----------
From: karl leng forsell <klf@ftml.net>
To: Tom Sensel <tom@sense-it.co>
Cc:
Bcc:
Date: Sun, 27 Oct 2019 10:46:11 +0700
Subject: Re: BCU1525 Refund Request

Hi Tom,

I am sorry for not having had any communication since.

I had sustained a severe slipper disk injury and am presently undergoing rehabilitation and will hopefully be fully recovered by 21st November.

Please could you get in touch with Dominic who is at present looking into certain Nonce affairs.

I do know that he tried emailing Jessica but maybe it was too brief and random as he was unsure as to how long I was going to debilitated in such a manner.

Until 21st November I will not be able to have very much access to email or write or type that much.

EXHIBIT I