Exhibits J, K

Plaintiff Attempts to Communicate

With Defendants



**GPUHoarder**

This is the beginning of your direct message history with @GPUHoarder.

**cell** 21/02/2020

Hi David, Carl Forsell here. I am still waiting on the refund that was agreed to in August 2018 for my order of BCU-1525 boards.

I have not been able to get a reply since April last year from you or Jessica on your airsquirrels.com email addresses.

This has been disappointing, as immediately prior to this Jessica had reconciled my account and was finally able to correctly confirm in writing the amount I had sent to pay for the unshipped pre-orders.

I was optimistic at the time that we would soon be able to move forward with a resolution of this matter. Ten more months have since passed, and I have heard nothing further from SQRL.

I have not pursued this matter as actively as I would have as I have been unwell and out of action for most of last year. I hope you're not under the mistaken impression that I'm unconcerned. The money in question is not a small amount for me, and is certainly sufficient to make it worth the expense of seeking legal redress, once it's again feasible for me to travel personally to the US to do so.

Please instead get in touch with me soon so we can discuss how to resolve this amicably. Feel free to email me at frsl@ftml.net or call me on +659 6383964 (although note that I'm on UTC+8).

Best, Carl

24 February 2020

**GPUHoarder** 24/02/2020

Carl, I am acknowledging this message. We had not heard any thing for quite some time after Jessica presented the offer to make payments to you towards the open balance last year. Unfortunately we have had a very hard 12 months since Xilinx delay, which ended in $4M or debt for us from which we still have not fully recovered - however we are beginning to recover. It is certainly our full intention to find a way to repay this amount, even though the purchase was set to be non cancelable and not returnable in the beginning - which has hurt us quite a bit. I would also again if you would consider taking hardware shipped or a stake in the hardware in our planned mining operation, which we were able to bank finance the equipment for. We have both Xilinx 35P boards and new intel boards, all capable of mining Ethereum as well as other coins

EXHIBIT J

7/24/2021                          Gmail - BCU1525 Refund Request

\>\>\>
—— Message truncated ——

**Carl Forsell** <fforcc@gmail.com>  
To: Tom Sensel <tom@sense-it.co>                                                                        30 October 2019 at 02:25

[Quoted text hidden]

**Carl Forsell** <fforcc@gmail.com>  
To: Tom Sensel <tom@sense-it.co>                                                                         30 October 2019 at 02:25

[Quoted text hidden]

**Carl Forsell** <fforcc@gmail.com>  
To: Tom Sensel <tom@sense-it.co>                                                                         30 October 2019 at 02:27

On Sun, 27 Oct 2019 at 11:46, karl leng forsell <klf@ftml.net> wrote:  
[Quoted text hidden]  
[Quoted text hidden]

**Carl Forsell** <fforcc@gmail.com>  
To: "obstructivist@gmail.com" <obstructivist@gmail.com>                                30 October 2019 at 02:28

———— Forwarded message ————  
From: **Karl-Leng Forsell** <frsl@ftml.net>  
Date: Wed. 10 Apr 2019 at 04:16  
Subject: Re: BCU1525 Refund Request  
To: Jessica Gritzan <jessica@airsquirrels.com>  
Cc: Tom Sensel <tom@sense-it.co>, David Stanfill <david@airsquirrels.com>

[Quoted text hidden]  
[Quoted text hidden]

**Carl Forsell** <fforcc@gmail.com>  
To: "obstructivist@gmail.com" <obstructivist@gmail.com>                                30 October 2019 at 02:29

[Quoted text hidden]

**d f** <obstructivist@gmail.com>  
To: Carl Forsell <fforcc@gmail.com>, Tom@sense-it.co                                30 October 2019 at 02:34  
Cc: jessica@airsquirrels.com

Hi Tom, Jessica

Unsure if you both got this email from Karl as his ftml email does not seem to be working.

Let me know when you get this and lets discuss how we can resolve this soon.

Thank You again

Dominic  
[Quoted text hidden]

**d f** <obstructivist@gmail.com>  
To: Carl Forsell <fforcc@gmail.com>, "Tom@sense-it.co" <Tom@sense-it.co>            13 November 2019 at 20:01  
Cc: "jessica@airsquirrels.com" <jessica@airsquirrels.com>

[Quoted text hidden]

**Karl-Leng Forsell** <frsl@ftml.net>  
To: Jessica Gritzan <jessica@airsquirrels.com>                                             5 February 2020 at 10:46

Hi Jessica,

I trust you are well.

I have not heard from you since replying to your email of 4 April last year, where you confirmed the total amount of the refund due to me, $774,373.

Since then I haven't been able to attend to this matter due to poor health, but I am back on my feet again and keen to find a way to move forward with resolving this issue amicably.

I have tried calling your company extension several times without success.

Please could you give me an update this week with a plan for refunding me the money owed.

Regards,

Carl Forsell  
[Quoted text hidden]

**Karl-Leng Forsell** <frsl@ftml.net>  
To: Tom Sensel <tom@sense-it.co>                                                                   5 February 2020 at 11:16

Hi Tom,

Thank you for your email while I was away for health reasons last year.

I have still not received my refund from Squirrels, nor did Jessica write to me again after her email of 4 April confirming the total amount due.

I was greatly encouraged by her reply at the time, and was even prepared to be flexible with the terms of repayment, as long as we could start making some definite progress towards resolution.

Although various problems have prevented me so far from e.g. travelling to the US to attempt to resolve this issue personally, I have not in any way given up my intention to recover the money, which is not an insignificant amount for me.

Would you have any idea what is going on their end, and whether they ever intend to process the refund?

Regards,

Carl

[Quoted text hidden]

**Tom Sensel** <tom@sense-it.co>  
To: Karl-Leng Forsell <frsl@ftml.net>                                                      5 February 2020 at 11:20

Do you have time for a call?

Thanks  
[Quoted text hidden]

EXHIBIT K