Exhibits L, M, N

Contract Documents

 Gmail             Karl Forsell <fforcc@gmail.com>

## Waitlist for BCU1525
18 messages

**Karl-Leng Forsell** <frsl@ftml.net>            16 June 2018 at 09:35
To: sales@squirrelsresearch.com

Hi,

Please let me know if there are any cancellations, as I'd be interested in getting another 20 boards

Best,

Carl

---

**SQRL Sales** <sales@squirrelsresearch.com>          16 June 2018 at 12:32
To: Karl-Leng Forsell <frsl@ftml.net>

Hi Carl,

We can accommodate your order of 20. I've attached your invoice with wire transfer information. If possible, we request the same day or overnight transfer. Please let me know if you have any questions or would like any additional information.

Best,
Jessica Gritzan
sales@squirrelsresearch.com

[Quoted text hidden]

 Nonce Pte Ltd - BCU1525_V1.pdf
92K

---

**Karl-Leng Forsell** <frsl@ftml.net>            16 June 2018 at 15:01
To: SQRL Sales <sales@squirrelsresearch.com>

Hi Jessica,

I have instructed my bank to transfer the $67000 you invoiced me for, but because it's the weekend the funds will not appear in your account until Monday. Hope this is OK. The bank confirmation can be found here: https://drive.google.com/open?id=1_gFOmXtJLBBRrfi19TbvAF2EWHuYNV8x

If you don't mind me asking, roughly how many more boards are still available for sale? e.g. i

f I wanted to buy another 19 now, would that still be possible?

Best,

Carl
[Quoted text hidden]

---

**SQRL Sales** <sales@squirrelsresearch.com>          17 June 2018 at 20:27
To: Karl-Leng Forsell <frsl@ftml.net>

We can accommodate another 19. If you can send the transfer with the other 20 tomorrow- same-day, that would be great! I've attache an additional invoice for you. Let me know if there's anything else you need.

Thanks for your support!

Best,
Jessica
[Quoted text hidden]

EXHIBIT ___L___

once Pte Ltd - BCU1525 19_V1.pdf
92K

---

**Karl-Leng Forsell** <frsl@ftml.net>            18 June 2018 at 01:11
To: SQRL Sales <sales@squirrelsresearch.com>

Hi Jessica,

I've sent $63650 for the 19 cards, and the money should be with you by today (see attached screenshot), along with that for the previous order of 20.

Thanks for the ever prompt and helpful replies,

Best,

Carl



[Quoted text hidden]

once Pte Ltd - BCU1525 19_V1.pdf
92K

---

**SQRL Sales** <sales@squirrelsresearch.com>                                    18 June 2018 at 06:21
To: Karl-Leng Forsell <frsl@ftml.net>

Hi Karl,

Great! Thanks for prompt payment! We'll be in touch before shipment with further details. If you need anything else from me at this time, please let me know.

Best,
Jessica Gritzan
sales@squirrelsresearch.com

On Jun 18, 2018, at 2:11 AM, Karl-Leng Forsell <frsl@ftml.net> wrote:

Hi Jessica,

I've sent $63650 for the 19 cards, and the money should be with you by today (see attached screenshot), along with that for the previous order of 20.

Thanks for the ever prompt and helpful replies,

Best,

EXHIBIT

**Carl**
<Screenshot_20180618-140517_DBS iWealth.jpg>
[Quoted text hidden]
<once Pte Ltd - BCU1525 19_V1.pdf>

---

**Karl-Leng Forsell** <frsl@ftml.net>                                    19 June 2018 at 14:00
To: SQRL Sales <sales@squirrelsresearch.com>

Hi Jessica,

You asked if I needed anything else from you, so I hope you don't mind me doing exactly that. And no prizes for guessing what this is. I had a long overdue discussion about this venture of your company with a colleague whose hardware expertise I esteem greatly, and emerged from that wishing I'd ordered significantly more than we actually did.

Would you be able and willing to allocate to us another say 100 or 200 boards if immediate payment could be arranged?

Best,

Carl
[Quoted text hidden]

---

**SQRL Sales** <sales@squirrelsresearch.com>                                    19 June 2018 at 16:42
To: Karl-Leng Forsell <frsl@ftml.net>

Working on getting approval from my boss. I should be able to accommodate your needs. Would you want all 200 if we could swing it?

Jessica
[Quoted text hidden]

---

**SQRL Sales** <sales@squirrelsresearch.com>                                    20 June 2018 at 05:15
To: Karl-Leng Forsell <frsl@ftml.net>

Hi Carl,

Great news, I got the go ahead to move forward with your order. I can create an invoice for you if you know how many units you'd like.

Best,
Jessica Gritzan
sales@squirrelsresearch.com

[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>                                    21 June 2018 at 09:23
To: SQRL Sales <sales@squirrelsresearch.com>

Hi Jessica,

Would it possible to let me have a bit more time, say until monday, to give you an answer? I want to order as many as I can responsibly justify, and unfortunately obtaining good information takes some effort.

We have the capital to spend  maybe three or four times as  much as what we already have on these boards, but without even a single VCU1525 (let alone BCU1525 ) with which to verify hashrates ourselves it is hard to justify going "all in" on this hardware. (this for me at present would not be more than 50Have your bosses been sent  their personal development units yet? Is there any way I could successfully pay for, beg for, or borrow one from your company f from now  until July? Only with experimental verification could we consider getting another 600-800 units.

Best regards

Carl
[Quoted text hidden]

---

**SQRL Sales** <sales@squirrelsresearch.com>                                    21 June 2018 at 14:14
To: Karl-Leng Forsell <frsl@ftml.net>

Hi Carl,

No problem at all, I completely understand. I talked to my boss, he said you guys are welcome to come to our office in Ohio and do testing. Which I realize is a very long trip for you. Unfortunately, we don't have enough units to send out for external testing.

Best,
Jessica

**EXHIBIT** L

7/24/2021                                    Gmail - Waitlist for BCU1525

[Quoted text hidden]

---

**SQRL Sales** <sales@squirrelsresearch.com>                      27 June 2018 at 13:12
To: Karl-Leng Forsell <frsl@ftml.net>

Hi Carl,

Are you still interested in moving forward with your order of 20. Demand is high and I want to ensure you get your cards.
Please provide an update as soon as possible.

Best,

Jessica Gritzan

sales@squirrelsresearch.com

**From:** SQRL Sales <sales@squirrelsresearch.com>
**Date:** Saturday, June 16, 2018 at 1:32 PM
**To:** Karl-Leng Forsell <frsl@ftml.net>
**Subject:** Re: Waitlist for BCU1525

Hi Carl,

[Quoted text hidden]
[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>                            27 June 2018 at 16:06
To: SQRL Sales <sales@squirrelsresearch.com>

Hi Jessica,

I won't be able to commit to another 200 right now but if you could send me an invoice for 50 I would be able to send
payment right away.

Best,

Carl
[Quoted text hidden]

---

**SQRL Sales** <sales@squirrelsresearch.com>                      27 June 2018 at 16:43
To: Karl-Leng Forsell <frsl@ftml.net>

Hi Carl,

Sounds good! I've attached your invoice for the additional 50. Please notice the wire transfer information is different than
the website purchases. All of your orders will be consolidated, it just helps us verify funds faster.

Let me know if there's anything else you need at this time! Thanks for all of your business.

[Quoted text hidden]

📄 **Nonce Pte Ltd - BCU1525_V1.pdf**
91K

---

**Karl-Leng Forsell** <frsl@ftml.net>                            28 June 2018 at 06:31
To: SQRL Sales <sales@squirrelsresearch.com>

Hi Jessica,

I've just sent $167500.00 as payment for the latest order (of 50 cards), and it should arrive in your account by tomorrow
(i.e. Friday).

It would be great if it were possible to set aside the other 150 boards I asked for till the week beginning with 9 July, as my
hardware consultant will have completed his feasibility study for this hardware by that time and I'd then be in a position to

EXHIBIT ____

decide whether to go forward with the larger order.

Best,

Carl

📄 TT Squirrels 180628.pdf

[Quoted text hidden]

---

**SQRL Sales** <sales@squirrelsresearch.com>                    28 June 2018 at 16:03
To: Karl-Leng Forsell <frsl@ftml.net>

Hi Carl,

I'll put something in the system and hold it as long as possible. I would like to make it happen for you. If you're able to transfer early in that week, I should be able to make it happen! 😊 Keep me posted on things!

Best,

Jessica Gritzan

sales@squirrelsresearch.com

---

**From:** Karl-Leng Forsell <frsl@ftml.net>
**Date:** Thursday, June 28, 2018 at 7:31 AM
**To:** SQRL Sales <sales@squirrelsresearch.com>
**Subject:** Re: Waitlist for BCU1525

Hi Jessica,

I've just sent $167500.00 as payment for the latest order (of 50 cards), and it should arrive in your account by tomorrow (i.e. Friday).

It would be great if it were possible to set aside the other 150 boards I asked for till the week beginning with 9 July, as my hardware consultant will have completed his feasibility study for this hardware by that time and I'd then be in a position to decide whether to go forward with the larger order.

Best,

Carl

Image removed by sender. PDF file
TT Squirrels 180628.pdf

EXHIBIT ⌐

[Quoted text hidden]

---

**Jessica Gritzan** <jessica@airsquirrels.com>                    18 July 2018 at 14:02
To: Karl-Leng Forsell <frsl@ftml.net>

7/24/2021                                    Gmail - Waitlist for BCU1525

Hi Carl,

How did your testing go? Are you still looking to move forward with your additional 150 units? Let me know if I ca further assist in anyway. We'd like to have all orders closed or confirmation by EOW.

Best,

Jessica Gritzan

Director of Sales Operations

Squirrels LLC

1.855.207.0927 x 7003

[Quoted text hidden]

---

**Karl-Leng Forsell** <frsl@ftml.net>                                    26 July 2018 at 09:30
To: Jessica Gritzan <jessica@airsquirrels.com>
Cc: Tom Sensel <tom@sense-it.co>

Hi Jessica,

Thank you for your kind and timely reminder.

The FPGA developer we engaged as a consultant reported back earlier this week with the findings of his feasibility study on the use of the BCU1525's VU9P FPGA to accelerate the production of valid solutions to various Proof-of-Work puzzles including the one found in the Cryptonight v1 algorithm.

I had been waiting on this to decide whether to go ahead with the order for the additional 150 units, but unfortunately his estimates of the hashrate one could reasonably hope to achieve for an implementation of CNv1 on this hardware fell far short of the 14 kH/s Tom says he'd already obtained back in June.

This may well be moot, as it sounds like you were going to close all orders by the end of last week, but even so it would be most helpful still -- and a considerable reassurance regardless - if I could personally verify Tom's claimed hashrate for CNv1.

As it happens, I just received two long-awaited VCU118 boards for evaluation purposes, so would I be asking too much if I requested a copy of one of your CNv1 bitstreams for this purpose? I would be glad to send you one of our boards for you to burn your encryption key into its eFUSE register.

Let me know your thoughts regarding this matter, in particular whether this request is the sort of thing you'd be willing to accommodate, and whether the option to purchase the additional units is still on offer.

If we were to go forward with this request, you can be assured of my strictest confidentiality.

Best,

Carl
[Quoted text hidden]

EXHIBIT __L__

7/24/2021                                    Gmail - Order #1042 confirmed

 Gmail                                    **Karl Forsell <fforcc@gmail.com>**

---

**Order #1042 confirmed**
1 message

---

**FPGA Land** <noreply@fpga.land>                              7 June 2018 at 14:59
To: frsl@ftml.net

---

# FPGA Land                                    ORDER #1042

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

View your order      or **Visit our store**

### Order summary

 **VCU1525 – Blockchain Edition (With Mods)** × 4      **$14,400.00**
16GB

| | |
|---|---|
| Subtotal | **$14,400.00** |
| Shipping | **$130.64** |
| Total | **$14,530.64 USD** |

### Customer information

EXHIBIT ___

**Shipping address**              **Billing address**

https://mail.google.com/mail/u/0?ik=820865fd18&view=pt&search=all&permthid=thread-f%3A1602645179565544150&simpl=msg-f%3A1602645179565544150      1/2

Carl Forsell

Carl Forsell

8 St Martin's Dr

8 St Martin's Dr

#03-21 St Martin Residence

#03-21 St Martin Residence

Singapore 258005

Singapore 258005

Singapore

Singapore

Shipping method

Payment method

Worldwide

Paypal — **$14,530.64**

If you have any questions, reply to this email or contact us at noreply@fpga.land

EXHIBIT

7/24/2021                              Gmail - Order #1076 confirmed

 Gmail                              **Karl Forsell <fforcc@gmail.com>**

___

**Order #1076 confirmed**
1 message

___

**FPGA Land** <noreply@fpga.land>                              7 June 2018 at 15:25
To: frsl@ftml.net

# FPGA Land                              ORDER #1076

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

View your order          or Visit our store

___

## Order summary

 **VCU1525 – Blockchain Edition (With Mods) × 4**          **$14,400.00**
16GB

| | |
|---|---|
| Subtotal | **$14,400.00** |
| Shipping | **$130.64** |
| Total | **$14,530.64 USD** |
| Paypal | **$14,530.64** |


EXHIBIT

7/24/2021                                     Gmail - Order #1076 confirmed

## Customer information

| Shipping address | Billing address |
|---|---|
| Carl Forsell | Carl Forsell |
| 8 St Martin's Dr | 8 St Martin's Dr |
| #03-21 St Martin Residence | #03-21 St Martin Residence |
| Singapore 258005 | Singapore 258005 |
| Singapore | Singapore |

| Shipping method | Payment method |
|---|---|
| Worldwide | Paypal — **$14,530.64** |

If you have any questions, reply to this email or contact us at noreply@fpga.land

EXHIBIT

7/24/2021                                      Gmail - Order #1084 confirmed

 Gmail                                      **Karl Forsell <fforcc@gmail.com>**

---

### Order #1084 confirmed
1 message

---

**FPGA Land** <noreply@fpga.land>                              7 June 2018 at 15:40
To: frsl@ftml.net

## FPGA Land                                      ORDER #1084

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

View your order        or Visit our store

## Order summary

  **VCU1525 – Blockchain Edition (With Mods) × 4**    **$14,400.00**
16GB

| | |
|---|---|
| Subtotal | **$14,400.00** |
| Shipping | **$130.64** |

| | |
|---|---|
| Total | **$14,530.64 USD** |

## Customer information

EXHIBIT

**Shipping address**                           **Billing address**

7/24/2021                                        Gmail - Order #1084 confirmed

Carl Forsell                                     Carl Forsell
8 St Martin's Dr                                 8 St Martin's Dr
#03-21 St Martin Residence                       #03-21 St Martin Residence
Singapore 258005                                 Singapore 258005
Singapore                                        Singapore


Shipping method                                  Payment method
Worldwide                                        Paypal — **$14,530.64**


If you have any questions, reply to this email or contact us at noreply@fpga.land

EXHIBIT

7/24/2021

Gmail - Order #1087 confirmed

 **Gmail**

**Karl Forsell <fforcc@gmail.com>**

## Order #1087 confirmed
1 message

**FPGA Land** <noreply@fpga.land>
To: frsl@ftml.net

7 June 2018 at 15:41

# FPGA Land

ORDER #1087

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

View your order          or **Visit our store**

## Order summary



| | VCU1525 – Blockchain Edition (With Mods) × 4 16GB | $14,400.00 |
|---|---|---|

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| **Total** | **$14,530.64 USD** |

## Customer information

EXHIBIT ⓜ

### Shipping address          Billing address

Carl Forsell

8 St Martin's Dr

#03-21 St Martin Residence

Singapore 258005

Singapore

Carl Forsell

8 St Martin's Dr

#03-21 St Martin Residence

Singapore 258005

Singapore

Shipping method

Worldwide

Payment method

Paypal — **$14,530.64**

If you have any questions, reply to this email or contact us at noreply@fpga.land

EXHIBIT

7/24/2021                                    Gmail - Order #1090 confirmed

 Gmail                                    **Karl Forsell <fforcc@gmail.com>**

---

**Order #1090 confirmed**
1 message

---

**FPGA Land** <noreply@fpga.land>                        7 June 2018 at 15:44
To: frsl@ftml.net

# FPGA Land                                    ORDER #1090

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

View your order        or **Visit our store**

### Order summary

    **VCU1525 - Blockchain Edition (With Mods) × 4**        **$14,400.00**
16GB

| | |
|---|---|
| Subtotal | **$14,400.00** |
| Shipping | **$130.64** |

Total                        **$14,530.64 USD**

### Customer information

                                        EXHIBIT ⋔

Shipping address                    Billing address

7/24/2021                                        Gmail - Order #1090 confirmed

Carl Forsell                          Carl Forsell
8 St Martin's Dr                      8 St Martin's Dr
#03-21 St Martin Residence            #03-21 St Martin Residence
Singapore 258005                      Singapore 258005
Singapore                             Singapore


Shipping method                       Payment method
Worldwide                             Paypal — **$14,530.64**


If you have any questions, reply to this email or contact us at noreply@fpga.land

EXHIBIT

7/24/2021                                      Gmail - Order #1094 confirmed

 Gmail                                    **Karl Forsell <fforcc@gmail.com>**

**Order #1094 confirmed**
1 message

**FPGA Land** <noreply@fpga.land>                        7 June 2018 at 15:47
To: frsl@ftml.net

# FPGA Land                                    ORDER #1094

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

View your order          or Visit our store

## Order summary

 **VCU1525 – Blockchain Edition (With Mods) × 4**          **$14,400.00**
16GB

|  |  |
|---|---|
| Subtotal | **$14,400.00** |
| Shipping | **$130.64** |
| Total | **$14,530.64 USD** |
| Paypal | **$14,530.64** |

EXHIBIT _m_

7/24/2021                                   Gmail - Order #1094 confirmed

## Customer information

Shipping address                        Billing address
Carl Forsell                            Carl Forsell
8 St Martin's Dr                        8 St Martin's Dr
#03-21 St Martin Residence              #03-21 St Martin Residence
Singapore 258005                        Singapore 258005
Singapore                               Singapore


Shipping method                         Payment method
Worldwide                               Paypal — **$14,530.64**


If you have any questions, reply to this email or contact us at noreply@fpga.land

EXHIBIT m

7/24/2021                          Gmail - Order #1097 confirmed

 **Gmail**                    **Karl Forsell <fforcc@gmail.com>**

**Order #1097 confirmed**
1 message

**FPGA Land** <noreply@fpga.land>                    7 June 2018 at 15:54
To: frsl@ftml.net

# FPGA Land                                    ORDER #1097

## Thank you for your purchase!
Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

View your order        or Visit our store

## Order summary

  VCU1525 – Blockchain Edition (With Mods) × 4        $14,400.00
                       16GB

| | | |
|---|---|---|
| Subtotal | | $14,400.00 |
| Shipping | | $130.64 |
| Total | | **$14,530.64 USD** |
| Paypal | | $14,530.64 |

EXHIBIT M

7/24/2021             Gmail - Order #1097 confirmed

## Customer information

**Shipping address**
Carl Forsell
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Billing address**
Carl Forsell
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Shipping method**
Worldwide

**Payment method**
Paypal — **$14,530.64**

If you have any questions, reply to this email or contact us at noreply@fpga.land

EXHIBIT

7/24/2021                                              Gmail - Order #1098 confirmed

 Gmail                                    **Karl Forsell <fforcc@gmail.com>**

---

**Order #1098 confirmed**
1 message

---

**FPGA Land** <noreply@fpga.land>                              7 June 2018 at 15:56
To: frsl@ftml.net

---

# FPGA Land                                     ORDER #1098

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

View your order          or Visit our store

---

## Order summary

     **VCU1525 – Blockchain Edition (With Mods) × 4**          **$14,400.00**
                         16GB

|  |  |
|---|---|
| Subtotal | **$14,400.00** |
| Shipping | **$130.64** |
| Total | **$14,530.64 USD** |

---

## Customer information                          EXHIBIT 𝓜

**Shipping address**                    **Billing address**

7/24/2021                                    Gmail - Order #1098 confirmed

Carl Forsell                                 Carl Forsell
8 St Martin's Dr                             8 St Martin's Dr
#03-21 St Martin Residence                   #03-21 St Martin Residence
Singapore 258005                             Singapore 258005
Singapore                                    Singapore


Shipping method                              Payment method
Worldwide                                    Paypal — **$14,530.64**


If you have any questions, reply to this email or contact us at noreply@fpga.land

EXHIBIT 

7/24/2021              Gmail – Order #1099 confirmed

 **Gmail**                  Karl Forsell <fforcc@gmail.com>

**Order #1099 confirmed**
1 message

**FPGA Land** <noreply@fpga.land>            7 June 2018 at 15:57
To: frsl@ftml.net

## FPGA Land             ORDER #1099

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

[ View your order ]   or Visit our store

### Order summary

 **VCU1525 – Blockchain Edition (With Mods)** × 4      $14,400.00
16GB

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| **Total** | **$14,530.64 USD** |

### Customer information

| Shipping address | Billing address |
|---|---|
| Carl Forsell | Carl Forsell |
| 8 St Martin's Dr | 8 St Martin's Dr |
| #03-21 St Martin Residence | #03-21 St Martin Residence |
| Singapore 258005 | Singapore 258005 |
| Singapore | Singapore |

| Shipping method | Payment method |
|---|---|
| Worldwide | Paypal — $14,530.64 |

EXHIBIT M

7/24/2021                                      Gmail - Order #1119 confirmed

 Gmail                                    Karl Forsell <fforcc@gmail.com>

**Order #1119 confirmed**
1 message

**FPGA Land** <noreply@fpga.land>                      7 June 2018 at 18:05
To: frsl@ftml.net

# FPGA Land                                    ORDER #1119

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

[ View your order ]   or **Visit our store**

### Order summary

 **VCU1525 - Blockchain Edition (With Mods)** × 4      $14,400.00
16GB

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| **Total** | **$14,530.64 USD** |

### Customer information

**Shipping address**                    **Billing address**
Carl Forsell                            Carl Forsell
8 St Martin's Dr                        8 St Martin's Dr
#03-21 St Martin Residence              #03-21 St Martin Residence
Singapore 258005                        Singapore 258005
Singapore                               Singapore

**Shipping method**                     **Payment method**
Worldwide                               Coinbase commerce — **$14,530.64**

EXHIBIT

7/24/2021                        Gmail - You just sent 24.14732518 ETH to 0x4321484881CbdF14840c540BdA580913Ef0A321b

 Gmail                                         **Karl Forsell <fforcc@gmail.com>**

---

**You just sent 24.14732518 ETH to 0x4321484881CbdF14840c540BdA580913Ef0A321b**
1 message

---

**Coinbase** <no-reply@coinbase.com>                                    7 June 2018 at 18:05
To: frsl@ftml.net



You just sent

24.14732518 ETH ($14,531.02 USD)

Congratulations! You have successfully sent 24.14732518 ETH to
0x4321484881CbdF14840c540BdA580913Ef0A321b. You can view transaction details in
your Coinbase account. To facilitate this transaction, you paid 0.00021 ETH ($0.13 USD)
in network fees.

This withdrawal is being sent to an address ("0x4321484881CbdF14840c540BdA58
0913Ef0A321b") that you haven't previously used.

**View Transaction**

*We're committed to keeping your funds secure. If you believe your account activity is
unauthorized, you can disable sign-in for your account*

**I wish to disable sign-in for my Coinbase account**

**Want free Bitcoin? Invite your friends!**

Invite friends to Coinbase and you'll both get $10 worth of
Bitcoin when they start investing using your link.

Get Started

To stop receiving these emails, unsubscribe from this list.

© Coinbase 2018

EXHIBIT 

7/24/2021                                    Gmail - Order #1121 confirmed

 Gmail                                            Karl Forsell <fforcc@gmail.com>

**Order #1121 confirmed**
1 message

**FPGA Land** <noreply@fpga.land>                                7 June 2018 at 18:12
To: frsl@ftml.net

## FPGA Land                                              ORDER #1121

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

[ View your order ]  or Visit our store

### Order summary

 VCU1525 - Blockchain Edition (With Mods) × 4        $14,400.00
16GB

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| **Total** | **$14,530.64 USD** |

### Customer information

| Shipping address | Billing address |
|---|---|
| Carl Forsell | Carl Forsell |
| 8 St Martin's Dr | 8 St Martin's Dr |
| #03-21 St Martin Residence | #03-21 St Martin Residence |
| Singapore 258005 | Singapore 258005 |
| Singapore | Singapore |

| Shipping method | Payment method |
|---|---|
| Worldwide | Coinbase commerce — $14,530.64 |

EXHIBIT

7/24/2021                      Gmail - You just sent 24.14776111 ETH to 0x775fAB1EFB3cc6F79CdC85c02CD018CfbaD74f62

 Gmail                                    Karl Forsell <fforcc@gmail.com>

**You just sent 24.14776111 ETH to**
**0x775fAB1EFB3cc6F79CdC85c02CD018CfbaD74f62**
1 message

**Coinbase** <no-reply@coinbase.com>                              7 June 2018 at 18:11
To: frsl@ftml.net



You just sent

24.14776111 ETH ($14,531.04 USD)

Congratulations! You have successfully sent 24.14776111 ETH to
0x775fAB1EFB3cc6F79CdC85c02CD018CfbaD74f62. You can view transaction details in
your Coinbase account. To facilitate this transaction, you paid 0.00021 ETH ($0.13 USD)
in network fees.

This withdrawal is being sent to an address ("0x775fAB1EFB3cc6F79CdC85c02CD0
18CfbaD74f62") that you haven't previously used.

**View Transaction**

*We're committed to keeping your funds secure. If you believe your account activity is
unauthorized, you can disable sign-in for your account.*

**I wish to disable sign-in for my Coinbase account**

Get the latest Coinbase App for your phone

App Store          Google Play

To stop receiving these emails, unsubscribe from this list.

© Coinbase 2018

EXHIBIT ____

7/24/2021                                    Gmail - Order #1174 confirmed

 **Gmail**                              Karl Forsell <fforcc@gmail.com>

**Order #1174 confirmed**
1 message

**FPGA Land** <sales@fpga.land>                          8 June 2018 at 14:00
To: frsl@ftml.net

# FPGA Land                                    ORDER #1174

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

[ View your order ]   or Visit our store

### Order summary

 **VCU1525 - Blockchain Edition (With Mods) × 4**    $14,400.00
16GB

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| **Total** | **$14,530.64 USD** |

### Customer information

| Shipping address | Billing address |
|---|---|
| Carl Forsell | Carl Forsell |
| 8 St Martin's Dr | 8 St Martin's Dr |
| #03-21 St Martin Residence | #03-21 St Martin Residence |
| Singapore 258005 | Singapore 258005 |
| Singapore | Singapore |

| Shipping method | Payment method |
|---|---|
| Worldwide | Manual — $14,530.64 |

EXHIBIT  m

7/24/2021                                    Gmail - Order #1247 confirmed

 Gmail                                    Karl Forsell <fforcc@gmail.com>

**Order #1247 confirmed**
1 message

**FPGA Land** <sales@fpga.land>                              9 June 2018 at 16:33
To: frsl@ftml.net

# FPGA Land                                    ORDER #1247

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

[ View your order ]   or **Visit our store**

### Order summary

 VCU1525 - Blockchain Edition (With Mods & RAM) × 10          $36,000.00
16GB

| | |
|---|---|
| Subtotal | $36,000.00 |
| Shipping | $224.06 |

| | |
|---|---|
| Total | **$36,224.06 USD** |

| | |
|---|---|
| Coinbase commerce | $36,224.06 |

### Customer information

**Shipping address**            **Billing address**
Carl Forsell                    Carl Forsell
Nonce Pte Ltd                   Nonce Pte Ltd
8 St Martin's Dr                8 St Martin's Dr
#03-21 St Martin Residence      #03-21 St Martin Residence
Singapore 258005                Singapore 258005
Singapore                       Singapore

**Shipping method**             **Payment method**

*EXHIBIT* m

 Gmail                              **Karl Forsell <fforcc@gmail.com>**

**You just sent 60.46133625 ETH to 0xd0ef870d238aA4B78cEc64Cdd0610B2275734B28**

1 message

**Coinbase <no-reply@coinbase.com>**                9 June 2018 at 16:32
To: frsl@ftml.net



You just sent

60.46133625 ETH ($36,225.11 USD)

Congratulations! You have successfully sent 60.46133625 ETH to
0xd0ef870d238aA4B78cEc64Cdd0610B2275734B28. You can view transaction details in
your Coinbase account. To facilitate this transaction, you paid 0.000105 ETH ($0.06 USD)
in network fees.

This withdrawal is being sent to an address ("0xd0ef870d238aA4B78cEc64Cdd061
0B2275734B28") that you haven't previously used.

**View Transaction**

*We're committed to keeping your funds secure. If you believe your account activity is
unauthorized, you can disable sign-in for your account*

**I wish to disable sign-in for my Coinbase account**

Get the latest Coinbase App for your phone

App Store      Google Play

To stop receiving these emails, unsubscribe from this list.

© Coinbase 2018

EXHIBIT 

7/24/2021                                    Gmail - Order #1395 confirmed

 Gmail                                    Karl Forsell <fforcc@gmail.com>

**Order #1395 confirmed**
1 message

**FPGA Land** <sales@fpga.land>                    13 June 2018 at 02:03
To: frsl@ftml.net

## FPGA Land                                    ORDER #1395

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

<span style="background:#2b6d8f;color:#fff;padding:8px">View your order</span>   or Visit our store

### Order summary

 | BCU1525 - Blockchain Edition (With Mods & RAM) × 10 16GB | $36,000.00 |

|  | Subtotal | $36,000.00 |
|  | Shipping | $224.06 |
|  | **Total** | **$36,224.06 USD** |

### Customer information

| Shipping address | Billing address |
| --- | --- |
| Carl Forsell | Carl Forsell |
| Nonce Pte Ltd | Nonce Pte Ltd |
| 8 St Martin's Dr | 8 St Martin's Dr |
| #03-21 St Martin Residence | #03-21 St Martin Residence |
| Singapore 258005 | Singapore 258005 |
| Singapore | Singapore |

| Shipping method | Payment method |
| --- | --- |
| Worldwide | Coinbase commerce — $36,224.06 |

*EXHIBIT*

7/24/2021                                    Gmail - Order #1405 confirmed

 Gmail                                           Karl Forsell <fforcc@gmail.com>

**Order #1405 confirmed**
1 message

**FPGA Land** <sales@fpga.land>                                13 June 2018 at 10:48
To: frsl@ftml.net

## FPGA Land                                         ORDER #1405

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

[ View your order ]   or Visit our store

---

### Order summary

  BCU1525 - Blockchain Edition (With Mods &
RAM) × 52                                    **$187,200.00**
16GB

| | | |
|---|---|---|
| Subtotal | | $187,200.00 |
| Shipping | | $773.09 |

| Total | **$187,973.09 USD** |
|---|---|

---

### Customer information

| Shipping address | Billing address |
|---|---|
| Carl Forsell | Carl Forsell |
| Nonce Pte Ltd | Nonce Pte Ltd |
| 8 St Martin's Dr | 8 St Martin's Dr |
| #03-21 St Martin Residence | #03-21 St Martin Residence |
| Singapore 258005 | Singapore 258005 |
| Singapore | Singapore |

| Shipping method | Payment method |
|---|---|
| Worldwide | Bank deposit — $187,973.09 |

**EXHIBIT** ⋔

DBSSSGSG  SWIFT SYSTEM                                    PROCESSING DATE :    28/06/2018
SWSENT    OUTGOING SWIFT MESSAGES SENT                              PAGE    851

UNIT=DBSSSGSGXXXPY00
U-UMID=ICHASUS33XXX10300160T3353192
SUFFIX=1806141343E3311
MESSAGE_CREATION_DATE=14/06/2018
Format=Swift
Sub-format=Input
Identifier=fin.1C3
MUR=
Fin-Copy=
Sender=DBSSSGSGAXXX
Receiver=CHASUS33XXXX
Message Text:
  20: Sender's Reference
      0016OT3353192
  23B: Bank Operation Code
      CRED
  32A: Val Dte/Curr/Interbnk Settld Amt
      Date       : 14 June 2018
      Currency   : USD (US DOLLAR)
      Amount     :        #187.973,09#
  50K: Ordering Customer-Name & Address
      /1200768586
      FORSELL CARL LENG
      8 ST. MARTIN'S DRIVE ST. MARTIN
      RESIDENCE  03-21 SINGAPORE 258005
  57A: Account With Institution - FI BIC
      //FW044000037
      CHASUS33XXX
  59: Beneficiary Customer-Name & Addr
      /291615919
      ALLMINE INC
  70: Remittance Information
      PYT FOR ORDER 1405
  71A: Details of Charges
      OUR

EXHIBIT  M

7/24/2021                                    Gmail - Order #1406 confirmed

 **Gmail**                                    Karl Forsell <fforcc@gmail.com>

**Order #1406 confirmed**
1 message

**FPGA Land** <sales@fpga.land>                              13 June 2018 at 11:09
To: frsl@ftml.net

# FPGA Land                                    ORDER #1406

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

[ View your order ]   or Visit our store

## Order summary

  BCU1525 – Blockchain Edition (With Mods &                    $108,000.00
                      RAM) × 30
                      16GB

|          | Subtotal | $108,000.00 |
|----------|----------|-------------|
|          | Shipping | $410.80 |
|          | **Total** | **$108,410.80 USD** |

## Customer information

**Shipping address**              **Billing address**
Carl Forsell                      Carl Forsell
Nonce Pte Ltd                     Nonce Pte Ltd
8 St Martin's Dr                  8 St Martin's Dr
#03-21 St Martin Residence        #03-21 St Martin Residence
Singapore 258005                  Singapore 258005
Singapore                         Singapore

**Shipping method**               **Payment method**
Worldwide                         Bank deposit — $108,410.80

EXHIBIT ___

DBSSSGSG  SWIFT SYSTEM
SWSENT    OUTGOING SWIFT MESSAGES SENT

PROCESSING DATE :    28/06/2018
PAGE22,124

UNIT=DBSSSGSGXXXPY00
U-UMID=ICHASUS33XXX10300016OT3340719
SUFFIX=180614134293724
MESSAGE_CREATION_DATE=14/06/2018
Format=Swift
Sub-format=Input
Identifier=fin.103
NUR=
Fin-Copy=
Sender=DBSSSGSGAXXX
Receiver=CHASUS33XXXX
Message Text:
  20: Sender's Reference
      0016OT3340719
  23B: Bank Operation Code
       CRED
  32A: Val Dte/Curr/Interbnk Settld Amt
       Date        ; 14 June 2018
       Currency    : USD (US DOLLAR)
       Amount      :          #108,410,#
  33B: Currency/Instructed Amount
       Currency    : USD (US DOLLAR)
       Amount      :          #108,410,#
  50K: Ordering Customer-Name & Address
       /1200768586
       FORSELL CARL LENG
       8 ST. MARTIN'S DRIVE ST. MARTIN
       RESIDENCE  03-21 SINGAPORE 258005
  57A: Account With Institution - FI BIC
       //PW044000037
       CHASUS33XXX
  59: Beneficiary Customer-Name & Addr
       /291615919
       ALLMINE INC.
       9900 CORPORATE CAMPUS DRIVE, SUITE
       LOUISVILLE, KY 40223 USA
  70: Remittance Information
       PAYMENT FOR FPGA LAND ORDER 1406
       DB5IBWCB
  71A: Details of Charges
       OUR

EXHIBIT ⟨⟨

7/24/2021                                    Gmail - Order #1505 confirmed

 **Gmail**                                    Karl Forsell <fforcc@gmail.com>

---

**Order #1505 confirmed**
1 message

---

**FPGA Land** <sales@fpga.land>                              18 June 2018 at 06:22
To: frsl@ftml.net

---

## FPGA Land                                    ORDER #1505

### Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

| View your order | or Visit our store |

---

### Order summary

 **BCU1525 – Blockchain Edition (With Mods & No RAM) × 19**        $63,650.00
0GB

|  |  |
|---|---|
| Subtotal | $63,650.00 |
| Shipping | $299.58 |
| **Total** | **$63,949.58 USD** |

---

### Customer information

**Shipping address**               **Billing address**
Carl Forsell                       Carl Forsell
Nonce Pte Ltd                      Nonce Pte Ltd
8 St Martin's Dr                   8 St Martin's Dr
#03-21 St Martin Residence         #03-21 St Martin Residence
Singapore 258005                   Singapore 258005
Singapore                          Singapore

**Shipping method**                **Payment method**
Worldwide                          Bank deposit — $63,949.58

**EXHIBIT** ⌒



Squirrels, LLC

Invoice

121 Wilbur Dr NE
North Canton, OH 44720
US

00002860

| Bill To Name | Nonce Pte Ltd | Issue Date | 6/16/2018 |
| Bill To | 8 St Martin's Dr | Due Date | 6/16/2018 |
| | #03-21 St Martin Residence | | |
| | Singapore 258005 | | |
| | SG | | |

| Product | Sales Price | Quantity | Total Price |
| --- | --- | --- | --- |
| BCU1525 with mods no DIMMS | USD 3,350.00 | 20.00 | USD 67,000.00 |

| | Subtotal | USD 67,000.00 |
| --- | --- | --- |
| | Grand Total | USD 67,000.00 |

Terms and
Conditions

Stock is not reserved until payment has been received.

Taxes, import fees and duties, and shipping costs to be collected at time of shipment.

Wire Transfer

JPMorgan Chase Bank, N.A.
219 North Main St.
North Canton, OH 44720
Routing: 044000037
Account: 233220217
Swift Code: CHASUS33

EXHIBIT

```
DBSSSGSG   SWIFT SYSTEM                                    PROCESSING DATE :    02/07/2018
SWSENT     OUTGOING SWIFT MESSAGES SENT                             PAGE41,908
```

```
UNIT=DBSSSGSGXXXPY00
U-UMID=ICHASUS33XXX1030016OT3376764
SUFFIX=180618134521126
MESSAGE_CREATION_DATE=18/06/2018
Format=Swift
Sub-format=Input
Identifier=fin.103
MUR=
Fin-Copy=
Sender=DBSSSGSGAXXX
Receiver=CHASUS33XXXX
Message Text:
  20: Sender's Reference
      00160T3376764
  23B: Bank Operation Code
      CRED
  32A: Val Dte/Curr/Interbnk Settld Amt
      Date       : 18 June 2018
      Currency   : USD (US DOLLAR)
      Amount     :           #67.000,#
  33B: Currency/Instructed Amount
      Currency   : USD (US DOLLAR)
      Amount     :           #67.000,#
  50K: Ordering Customer-Name & Address
      /1200768586
      FORSELL CARL LENG
      8 ST. MARTIN'S DRIVE ST. MARTIN
      RESIDENCE  03-21 SINGAPORE 258005
  57A: Account With Institution - FI BIC
      //FW044000037
      CHASUS33XXX
  59: Beneficiary Customer-Name & Addr
      /291615919
      ALLMINE INC.
      9900 CORPORATE CAMPUS DRIVE, SUITE
      LOUISVILLE, KY 40223 USA
  70: Remittance Information
      INVOICE 00002860
      NONCE PTE LTD
  71A: Details of Charges
      OUR
```

EXHIBIT ∩



Squirrels, LLC

121 Wilbur Dr NE
North Canton, OH 44720
US

Invoice

00002865

| Bill To Name | Nonce Pte Ltd | | Issue Date | 6/17/2018 |
|---|---|---|---|---|
| Bill To | 8 St Martin's Dr | | Due Date | 6/17/2018 |
| | #03-21 St Martin Residence | | | |
| | Singapore 258005 | | | |
| | SG | | | |

| Product | Sales Price | Quantity | Total Price |
|---|---|---|---|
| BCU1525 with mods no DIMMS | USD 3,350.00 | 19.00 | USD 63,650.00 |

|  |  |
|---|---|
| Subtotal | USD 63,650.00 |
| Grand Total | USD 63,650.00 |

| Terms and Conditions | Stock is not reserved until payment has been received. |
|---|---|
| | Taxes, import fees and duties, and shipping costs to be collected at time of shipment. |

| Wire Transfer | JPMorgan Chase Bank, N.A. |
|---|---|
| | 219 North Main St. |
| | North Canton, OH 44720 |
| | Routing: 044000037 |
| | Account: 233220217 |
| | Swift Code: CHASUS33 |

EXHIBIT

DBSSSGSG   SWIFT SYSTEM

SWSENT     OUTGOING SWIFT MESSAGES SENT

PROCESSING DATE :    02/07/2018

PAGE11,889

UNIT=DBSSSGSGXXXPY00

U-UMID=ICHASUS33XXX1030016OT3394457

SUFFIX=180618134571036

MESSAGE_CREATION_DATE=18/06/2018

Format=Swift

Sub-format=Input

Identifier=fin.103

MUR=

Pin-Copy=

Sender=DBSSSGSGAXXX

Receiver=CHASUS33XXXX

Message Text:

20: Sender's Reference

00160T3394457

23B: Bank Operation Code

CRED

32A: Val Dte/Curr/Interbnk Settld Amt

Date           : 18 June 2018

Currency       : USD (US DOLLAR)

Amount         :              #63.650,#

33B: Currency/Instructed Amount

Currency       : USD (US DOLLAR)

Amount         :              #63.650,#

50K: Ordering Customer-Name & Address

/1200768586

FORSELL CARL LENG

8 ST. MARTIN'S DRIVE ST. MARTIN

RESIDENCE  03-21 SINGAPORE 258005

57A: Account With Institution – FI BIC

//FW044000037

CHASUS33XXX

59: Beneficiary Customer-Name & Addr

/291615919

ALLMINE INC.

9900 CORPORATE CAMPUS DRIVE, SUITE

LOUISVILLE, KY 40223 USA

70: Remittance Information

INVOICE 00002865

NONCE PTE LTD

19 X BCU1525 NO DIMMS

71A: Details of Charges

OUR

EXHIBIT _____



Squirrels, LLC

121 Wilbur Dr NE
North Canton, OH 44720
US

| Invoice | |
| --- | --- |
| 00002981 | |

| Bill To Name | Nonce Pte Ltd | Issue Date | 6/27/2018 |
| Bill To | 8 St Martin's Dr | Due Date | 6/27/2018 |
| | #03-21 St Martin Residence | | |
| | Singapore 258005 | | |
| | SG | | |

| Product | Sales Price | Quantity | Total Price |
| --- | --- | --- | --- |
| BCU1525 with mods no DIMMS | USD 3,350.00 | 50.00 | USD 167,500.00 |

| | Subtotal | USD 167,500.00 |
| --- | --- | --- |
| | Grand Total | USD 167,500.00 |

| Wire Transfer | JPMorgan Chase Bank, N.A. |
| --- | --- |
| | 219 North Main St. |
| | North Canton, OH 44720 |
| | Routing: 044000037 |
| | Account: 233220217 |
| | Swift Code: CHASUS33 |

EXHIBIT

# TELEGRAPHIC TRANSFER APPLICATION
## 电汇申请

 **DBS**

Please type or write in block letters  填写时请用大写字体

| Applicant's Particulars  申请人资料 | Payment Mode  付款方式 |
|---|---|

**Name**  姓名  Forsell Carl Leng

**NRIC/PP No.**  身份证/护照号码  S7611157Z

☑ **Debit DBS/POSB Account No.**  星展银行/储蓄银行户头扣账号码  120-076858-6

### Telegraphic Transfer (TT) Details  电汇资料

**Remitting Currency & Amount**  汇款货币及数额

### Instructions for DBS Bank (if any)  致予星展银行的指示 (若有)

Please tick only ONE box

☑ **Foreign Currency**  ☐ **SGD**

If the price of 1 USD is less than 1.35 SGD, convert from SGD; otherwise please draw from my USD sub-account.

**Currency:** USD  E.g. USD  **Amount:**

**Amount:** 167500.00

(Remitting currency in SGD only if beneficiary has SGD Account or for commercial payments)
(SGD汇款只限于将SGD账户的受益人或商业支付)

**FX Contract No. (if any)**  外汇合同号码 (若有)

**FX rate**  汇率率  **Time (if appl)**  时间 (若有)

**Processing Date**  办理日期

### Charge Details (For Bank Use)  收费资料 (银行专用)

| | |
|---|---|
| **Principal**  本金 | |
| **Handling Commission**  佣金 | |
| **Commission in Lieu**  无兑换率佣金 | |
| **Telex**  电报费 | |
| **Agent Bank Charge**  代理银行收费 | |
| **Country Related Charge**  国家有关收费 | |
| **Total Principal and Charges**  合计 | |

**1) Charges of DBS Bank Singapore**  本国内星展银行的费用支付人是:
☑ **Applicant**  申请人  ☐ **Beneficiary**  收款人

**2) Charges of Agent Banks**  代理银行的费用支付人是:
☑ **Applicant**  申请人  ☐ **Beneficiary**  收款人

### Beneficiary Bank's Details  收款人银行资料

**Name**  银行名称  JPMorgan Chase Bank, N.A.

**Address in Full**  完整的地址  219 North Main St.

North Canton, OH 44720

**Country**  国家  USA

**SWIFT Address (if available)**  SWIFT 的地址 (若有)  CHASUS33

**Clearing Code (if available)***  清算密码 (若有)*  044000037

### Beneficiary's Details  收款人资料

**Name**  姓名  Squirrels LLC

**For IDR transfers**
☐ Resident
☐ Non Resident

**Account No. / IBAN***  户头号码/代码*  233220217

**Address**  地址  121 Wilbur Dr NE

North Canton, OH 44720

USA

*Please refer to the required codes overleaf.  *请查背页参阅所需的代码.

**Payment Details / Purpose of Payment (Mandatory for KRW, TWD, INR, THB, IDR and MYR Telegraphic Transfers)**
付款详情/付款目的 (若为韩元、新台币、印度卢比、泰铢、印尼卢比及马来西亚令吉, 则必须填写)

1. I represent and warrant that the contents of this Application (including but not limited to any and all supporting documents that are submitted together with this Application) are true, complete and accurate in all respects, and that the Bank may rely on this Application form and any supporting documents.
2. We have read and accept the terms overleaf.
1. 我代表并保证本申请中的内容(包括但不仅限于于任何随此所有与本申请同时提交的相关支持文件)在任何方面都是真实、完整及正确的, 且本银行可以以本申请表格及相关支持文件为依据。
2. 请详细上述条款、代表我/我们同时并予处理此项交易, 我们对不负任何责任自我/我们已阅读并了解了明确了了解该条款与条件。

**Authorised Signature(s) With Company Stamp (if applicable)**  授权签名和公司印章 (若有)

**Date 日期**  28/6/18

### For Bank Use  银行专用

| **Attended & Verified By (Name/Signature/Date)** ⑤⑨ | **Approved By (Name/Signature/Date)** ⑤⑨ | **Processed By** | **Checked By** | **Authorised By** |
|---|---|---|---|---|
| IDS: | IDS: | | | |

**BANK'S COPY**  银行存档
**DBS BANK LTD**

**Co. Reg. No. 196800306E**
06-02-072 (11/2016) AW

**EXHIBIT** ⌐