It is so Ordered.
s/John R. Adams
U.S. District Judge
January 20, 2022

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

Case No.: 5:21-cv-02122-JRA

| | |
|---|---|
| CARL FORSELL DBA NONCE PTE LTD., : | |
| Plaintiff, : | |
| -vs- : | **PLAINTIFF'S NOTICE OF DISMISSAL** |
| SQUIRRELS RESEARCH LABS LLC., : and ALLMINE INC. DBA FPGA.LAND, | |
| : | |
| Defendants | |
| : | |

**NOTICE OF DISMISSAL**

NOW COMES Plaintiff, Carl Forsell, by and through undersigned counsel, hereby respectfully dismisses its Complaint, filed on November 9, 2021 *without prejudice* in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  January 20, 2022            Respectfully submitted,

By: _____
James E.P. Sisto, Ohio Bar #0020089
jsisto@schuergerlaw.com
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH  43229
Telephone: 614-674-6901
*Attorneys for Plaintiffs*